**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| v. | : | **C.A. No. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **TIMOTHY DRURY, M.D.** | : | |
| **RHODE ISLAND EMERGENCY** | : | |
| **PHYSICIANS, INC.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants.** | : | |

**PLAINTIFFS' NOTICE TO TAKE VIDEO DEPOSITION**

**DEPONENT:** ELAINE DESMARIAS in her capacity as the person at South County Hospital with the most knowledge of the requirements of the Emergency Medical Treatment and Active Labor Act (EMTALA) and the hospital's compliance with them as of October 2003, including but not limited to knowledge of:

a. The status of South County Hospital as a hospital subject to the provisions of EMTALA
b. Regulatory requirements and their application to South County Hospital
c. Persons qualified to perform "medical screening exams"
d. Persons responsible for monitoring South County Hospital's compliance with EMTALA
e. History of South County Hospital's compliance with EMTALA
f. Documentation and record keeping carried out in order to comply with EMTALA
g. Policies, procedures, guidelines, by-laws, medical staff rules/regulations and/or other such provisions pertaining to South County Hospital's compliance with EMTALA.

**DATE & TIME:** June 21, 2005 at 1:00 p.m.
**PLACE:** DeLuca & Weizenbaum Ltd., 199 North Main Street, Providence

Please take notice that Petitioner will take the deposition by stenographic and video means of the above-named deponent upon oral examination before a Notary Public of the State of Rhode Island, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned,

at the law office of DeLuca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

**You are further required to bring with you the documents listed in Attachment A.**

Plaintiff,
By her attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

## CERTIFICATION

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 1st day of June, 2005 by hand delivery :

Jay Elias, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

A-1 Court Reporters
2180 Mendon Road, Suite 22
Cumberland, RI 02864

William White, Videographer
121 Phenix Avenue
Cranston, RI 02920

# ATTACHMENT A

Pursuant to F.R.C.P. 30(b)(5), the plaintiff requests defendant produce the following:

a. Any agreements entered into by South County Hospital with any governmental agency or entity that pertain to EMTALA
b. All evaluations, investigations, communications and/or inquiries by any governmental agency concerning in any way South County Hospital's compliance with EMTALA
c. All South County Hospital policies, procedures, guidelines, by-laws, medical staff rules/regulations and/or other such provisions pertaining to the hospital's compliance with EMTALA
d. Documents used by South County Hospital to "log" each individual who comes to the emergency department
e. Documentation concerning persons qualified to perform "medical screening exams"