# ATTACHMENT A

Pursuant to F.R.C.P. 30(b)(5), the plaintiff requests defendant produce the following:

a. Any agreements entered into by South County Hospital with any governmental agency or entity that pertain to EMTALA
b. All evaluations, investigations, communications and/or inquiries by any governmental agency concerning in any way South County Hospital's compliance with EMTALA
c. All South County Hospital policies, procedures, guidelines, by-laws, medical staff rules/regulations and/or other such provisions pertaining to the hospital's compliance with EMTALA
d. Documents used by South County Hospital to "log" each individual who comes to the emergency department
e. Documentation concerning persons qualified to perform "medical screening exams"