**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **TIMOTHY DRURY, M.D.** | : | |
| **RHODE ISLAND EMERGENCY** | : | |
| **PHYSICIANS, INC.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants.** | : | |

**PLAINTIFF'S AMENDED NOTICE TO TAKE VIDEO DEPOSITION**

**DEPONENT:** **Nitin S. Damle, M.D. in his capacity as President of the Medical Staff in 2002 and in his capacity as Chair of the Medical Executive Committee in 2002.**
**DATE & TIME:** **June 16, 2005 at 12:15 P.m.**
**PLACE:** **Ratcliffe Burke Harten & Elias, LLP, 238 Robinson Street, Wakefield, RI 02879**

Please take notice that Petitioner will take the deposition by stenographic and video means of the above-named deponent upon oral examination before a Notary Public of the State of Rhode Island, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at the law office of Ratcliffe Burke Harten & Elias, LLP 238 Robinson Street, Wakefield, RI, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiff,
By her attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

****This notice supersedes the previously noticed deposition of June 30, 2005****

## CERTIFICATION

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 2nd day of June, 2005 by first class mail: ~~and fax~~

Paul Galamaga, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

A-1 Court Reporters
2180 Mendon Road
Cumberland, RI 02864