SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, individually and p.p.a. Maximus Wadensten<br>*Plaintiff* | : | |
| vs. | : | C.A. No.: 04-0326 S |
| SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., DO;<br>TIMOTHY DRURY, MD;<br>RHODE ISLAND EMERGENCY PHYSICIANS, INC.;<br>JOHN DOE, Alias; JANE DOE, Alias;<br>and JOHN DOE CORPORATION, Alias<br>*Defendants* | : | |

**NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| DEPONENT: | Sharon Bolles<br>State of Rhode Island<br>Dept. of Children, Youth and Families<br>101 Friendship Street, Providence, RI 02908 |
| DATE: | June 24, 2005 |
| TIME: | 3:00 PM |

**PLEASE TAKE NOTICE** that the defendant will take the testimony on oral examination, of the above-named individual. This deposition will be taken at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned, at the office of **MORRISON MAHONEY LLP, 121 South Main Street, Suite 600, Providence, Rhode Island** at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Deponent is required to bring those items listed on Exhibit A attached hereto.

PAMELA BURLINGAME, RNP

By her Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 3rd day of June, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Counsel for Plaintiff
Amato A. DeLuca, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Counsel for Co-Defendant Hospital
Jay M. Elias, Esq.
Paul F. Galamaga, Esq.
Ratcliffe, Burke Harten & Elias
One Financial Plaza
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920



591285v1

**EXHIBIT A**

1. Your complete file (Case ID No.: 20034933) concerning Maximus Wadensten and/or his family, including all notes, tape recordings, photographs and/or any other materials acquired by you in the course of your assignment from the Department of Children, Youth and Families from its inception up to and including the present.