**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. NO. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

**DEFENDANT SOUTH COUNTY HOSPITAL'S MOTION FOR PROTECTIVE ORDER AS TO PLAINTIFF'S 30(B)(6) DEPOSITION OF THE RHODE ISLAND DEPARTMENT OF HEALTH**

Now comes defendant South County Hospital and, pursuant to Fed.R.Civ.P.26(c), hereby seeks a protective order regarding plaintiff's 30(b)(6) deposition notice directed to the Rhode Island Department of Health.

This defendant asserts that this deposition should not go forward inasmuch as the information sought is highly confidential and, in part, statutorily privileged pursuant to Rhode Island General Laws §§ 23-17-40(g) and 23-17-15. The information sought is not reasonably calculated to lead to the discovery of relevant evidence and is otherwise over broad and unduly burdensome. Discovery of the Department of Health Records is unnecessary and irrelevant to plaintiff's claims of medical negligence, lack of informed consent, EMTALA, vicarious liability and corporate liability as asserted

against South County Hospital, is, as set forth with greater specificity in the accompanying Memorandum of Law, contrary to the public interest.

WHEREFORE, this defendant respectfully requests that a protective order be entered preventing this deposition from going forward. Defendant South County Hospital submits the accompanying memorandum in further support of its motion.

Respectfully submitted by:
Defendant,
**South County Hospital**
By its Attorneys,
**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

Jay M. Elias, Esquire (#3050)
Paul F. Galamaga, Esquire (#5803)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION OF GOOD FAITH**

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to court intervention.

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 10 day of June, 2005, to the following:

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Mark T. Nugent, Esquire
Paul V. Sullivan, Esquire
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Peggy Medeghi

motion.protective order RIDOH.wpd