**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-326S** **DATE: June 14, 2005**

**TITLE: LINDA WADENSTEN v. SOUTH COUNTY HOSPITAL, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Amato DeLuca, Esq.
Miriam Weizenbaum, Esq.
Paul Galamaga, Esq.
Mark Nugent, Esq.

**PROCEEDING:** Plaintiff's Motions to Strike and Compel
Defendant South County Hospital's Motion for Protective Order

Attorneys argue.

**RULING:** **Court takes under advisement.**
**Orders to follow.**