**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **TIMOTHY DRURY, M.D.** | : | |
| **RHODE ISLAND EMERGENCY** | : | |
| **PHYSICIANS, INC.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants.** | : | |

**PLAINTIFF'S AMENDED NOTICE TO TAKE VIDEO DEPOSITION**

**DEPONENT:** **Nitin S. Damle, M.D. in his capacity as President of the Medical Staff in 2002 and in his capacity as Chair of the Medical Executive Committee in 2002.**
**DATE & TIME:** **June 16, 2005 at 12:15 P.m.**
**PLACE:** **Ratcliffe Burke Harten & Elias, LLP, 238 Robinson Street, Wakefield, RI 02879**

Please take notice that Petitioner will take the deposition by stenographic and video means of the above-named deponent upon oral examination before a Notary Public of the State of Rhode Island, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at the law office of Ratcliffe Burke Harten & Elias, LLP 238 Robinson Street, Wakefield, RI, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.