Supersedes notice for June 29, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, individually and p.p.a. Maximus Wadensten *Plaintiff* | : | |
| vs. | : | C.A. No.: 04-0326 S |
| SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., DO; TIMOTHY DRURY, MD; RHODE ISLAND EMERGENCY PHYSICIANS, INC.; JOHN DOE, Alias; JANE DOE, Alias; and JOHN DOE CORPORATION, Alias *Defendants* | : | |

**AMENDED NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| DEPONENT: | Prakash Sampath, MD<br>Neurosurgery Foundation<br>120 Dudley Street, Suite 103<br>Providence, RI 02903 |
| DATE: | June 14, 2005 |
| TIME: | 5:00 PM |
| LOCATION: | Neurosurgery Foundation<br>120 Dudley Street, Suite 103<br>Providence, RI 02903 |

**PLEASE TAKE NOTICE** that the defendant will take the testimony on oral examination, of the above-named individual. This deposition will be taken at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

PAMELA BURLINGAME, RNP

By her Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 10th day of June, 2005 a true copy of the foregoing was mailed, postage pre-paid, and sent by facsimile to:

Counsel for Plaintiff
Amato A. DeLuca, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Counsel for Co-Defendant Hospital
Jay M. Elias, Esq.
Paul F. Galamaga, Esq.
Ratcliffe, Burke Harten & Elias
One Financial Plaza
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920



591681v1