UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, individually and p.p.a. Maximus Wadensten<br>*Plaintiff* | : | |
| vs. | : | C.A. No.: 04-0326 S |
| SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., DO;<br>TIMOTHY DRURY, MD;<br>RHODE ISLAND EMERGENCY PHYSICIANS, INC.;<br>JOHN DOE, Alias; JANE DOE, Alias; and JOHN DOE CORPORATION, Alias<br>*Defendants* | : | |

**DEPOSITION SUBPOENA: WITNESS**
**R.I.C.P. RULE 30(a) AND RULE 45**

TO: Prakash Sampath, MD, Neurosurgery Foundation
120 Dudley Street, Suite 103, Providence, RI

GREETINGS:

YOU ARE HEREBY COMMANDED in the name of the State of Rhode Island and Providence Plantations in accordance with the provisions of Rule 45 of the Rhode Island Rules of Civil Procedure to appear and testify on behalf of the defendant(s) before a Notary Public of the State of Rhode Island and Providence Plantations on **June 29, 2005 at 11:00 AM** at the offices of **Morrison Mahoney LLP, 121 South Main Street, Suite 600, Providence, Rhode Island**, and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

***This subpoena will remain in full force and effect until the conclusion of the above-entitled matter.***

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660; Fax: (401) 351-4420

Joan Durand, Notary Public
My Commission Expires: 07/24/05

Dated: 6/3/05

591283v1

**RETURN OF SERVICE** R.O.R.

I this day summoned the within named PRAKASH SAMPATH MD.
to appear as within directed by delivering to Keeper of Records in
hand, -
leaving at ______ last and usual place of abode, to wit;
No. ______, in
the
______ District of said an attested copy of
the
subpoena together with $ 11.00 fees for attendance and travel.

Service and Travel 46.00

Robert J Cullerton
~~Police Officer~~, Constable, ~~Sheriff~~
6037

Cop. ______
Pd. Witness 11.00
Motor Vehicle ______

If being necessary I actually used a motor vehicle the distance of 0
miles

in the service of this process.

Subscribed and sworn to before me ROBERT J CULLERTON this 16
day of JUNE, 2005.

Nancy L Cullerton
Notary Public 09-12-2005

2005 JUN 20 A 11:18
FILED

591283v1 X Denise Gracia