UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, individually and<br>p.p.a. Maximus Wadensten<br>*Plaintiff*<br><br>vs.<br><br>SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., DO;<br>TIMOTHY DRURY, MD;<br>RHODE ISLAND EMERGENCY<br>PHYSICIANS, INC.;<br>JOHN DOE, Alias; JANE DOE, Alias; and<br>JOHN DOE CORPORATION, Alias<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 04-0326 S |

**DEPOSITION SUBPOENA: WITNESS R.I.C.P. RULE 30(a) AND RULE 45**

TO: Sharon Bolles, State of Rhode Island, Dept. of Children, Youth and Families
101 Friendship Street, Providence, RI 02908

GREETINGS:

YOU ARE HEREBY COMMANDED in the name of the State of Rhode Island and Providence Plantations in accordance with the provisions of Rule 45 of the Rhode Island Rules of Civil Procedure to appear and testify on behalf of the defendant(s) before a Notary Public of the State of Rhode Island and Providence Plantations on **June 24, 2005 at 3:00 PM** at the offices of **Morrison Mahoney LLP, 121 South Main Street, Suite 600, Providence, Rhode Island**, and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Deponent is required to bring those items listed on Exhibit A attached hereto.

***This subpoena will remain in full force and effect until the conclusion of the above-entitled matter.***

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660; Fax: (401) 351-4420

Joan Durand, Notary Public
My Commission Expires: 07/24/05

Dated: 6/3/05

591288v1

Providence, SS. Date of Service: 06-06-2005

**RETURN OF SERVICE**

K.O.R.

I this day summoned the within named Sharon Bolles (DCYF) to appear as within directed by delivering to DCYF Legal Dept. in hand, - leaving at ______ last and usual place of abode, to wit; No. ______, in the ______ District of said an attested copy of the subpoena together with $ 11.00 fees for attendance and travel.

Service and Travel 46.00

Robert J Cullerton
~~Police Officer~~, Constable, ~~Sheriff~~
6037

Cop. ______
Pd. Witness 11.00
Motor Vehicle ______

If being necessary I actually used a motor vehicle the distance of 0 miles in the service of this process.

Subscribed and sworn to before me ROBERT J CULLERTON this 16 day of JUNE, 2005.

Nancy L. Cullerton
Notary Public 09-12-2005

FILED

X Frank J Hall
6-6-05
8:30Am

591288v1

591288v1