**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. NO. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

**DEFENDANT SOUTH COUNTY HOSPITAL'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES PROPOUNDED TO LINDA WADENSTEN, INDIVIDUALLY**

South County Hospital moves, pursuant to Fed.R.Civ.P.37(a)(3), for an order striking objections and compelling plaintiff Linda Wadensten, Individually, to provide more responsive answers to interrogatories in the manner set forth in the attached Memorandum. South County Hospital respectfully requests that this Court issue an Order granting the defendant's motion to compel more responsive answers and requiring plaintiff to provide said responses within ten (10) days of the Court's ruling on this motion.

DEFENDANT
SOUTH COUNTY HOSPITAL
By its attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

Paul F. Galamaga

Jay M. Elias, Esquire #3050
Paul F. Galamaga, Esquire #5803
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to court intervention.

Paul F. Galamaga

## CERTIFICATION

I hereby certify that a true and accurate copy of the within was mailed postage prepaid on the 27 day of June, 2005 to:

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
Michael T. Eskey, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Mark T. Nugent, Esquire
Paul V. Sullivan, Esquire
Morrison Mahoney and Miller, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Gregory Medeglia

mtcmrai (Individually).wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, Individually and<br>p.p.a. MAXIMUS WADENSTEN<br>Plaintiff,<br>v.<br><br>SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., D.O.;<br>JOHN DOE, ALIAS; JANE DOE, ALIAS;<br>JOHN DOE CORPORATION, ALIAS<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 04-326S |

**MEMORANDUM IN SUPPORT OF DEFENDANT SOUTH COUNTY HOSPITAL'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES PROPOUNDED TO LINDA WADENSTEN, INDIVIDUALLY**

As requested in the attached Motion, South County Hospital seeks a ten (10) day Order compelling plaintiff to provide a more responsive answer to the following interrogatory propounded to Linda Wadensten, Individually, in the manner outlined below.

**INTERROGATORY #8**

8. Give an itemized statement (and identify each provider) of the expenses, if any, which you have incurred or which you claim you will incur as a result of the incident(s) described in the Complaint and as to those expenses which have been incurred, the date or dates when each was rendered or supplied, the charge for each, and identify which expenses have been paid or reimbursed in part or in full by a third party payor.

**ANSWER #8**

8. A complete answer to this interrogatory requires the opinions of experts not yet retained to testify at trial. Notwithstanding, I am unable, at this time, to give an itemized statement of the expenses I have incurred as a result of this incident.

**FURTHER RESPONSE SOUGHT:**

**Plaintiff fails to state a reason why she cannot provide an itemized statement of expenses incurred thus far. It does not require an expert to determine amounts expended in the past. If plaintiff intends to submit evidence of incurred expenses at trial, plaintiff should be compelled to provide an answer to this interrogatory. Defendant seeks an Order compelling plaintiff to itemize past expenses as requested by the interrogatory.**

DEFENDANT
SOUTH COUNTY HOSPITAL
By its attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

Paul F. Galamaga

Jay M. Elias, Esquire #3050
Paul F. Galamaga, Esquire #5803
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION OF GOOD FAITH**

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to court intervention.

Paul F. Galamaga

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was mailed postage prepaid on the 27 day of June, 2005 to:

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
Michael T. Eskey, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Mark T. Nugent, Esquire
Paul V. Sullivan, Esquire
Morrison Mahoney and Miller, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Peggy Medaglia

memo mtcmrai (Individual).wpd