UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA WADENSTEN, individually and p.p.a. Maximus Wadensten
*Plaintiff*

vs. C.A. No.: 04-0326 S

SOUTH COUNTY HOSPITAL;
PAMELA BURLINGAME, RNP;
ROBERT J. CASCI, JR., DO;
TIMOTHY DRURY, MD;
RHODE ISLAND EMERGENCY PHYSICIANS, INC.;
JOHN DOE, Alias; JANE DOE, Alias; and
JOHN DOE CORPORATION, Alias
*Defendants*

**DEFENDANT RHODE ISLAND EMERGENCY PHYSICIANS, INC.'S MOTION TO EXTEND EXPERT DISCLOSURE DATE**

Now comes defendant Rhode Island Emergency Physicians and moves this Honorable Court to for an Order extending by 15 days the disclosure date for defendant expert witnesses. As currently set, the plaintiff expert witness disclosure is July 16, 2005, and defendant expert witness disclosure is fifteen days later, on July 31, 2005. The defendant, through this motion, seeks to set the defense expert witness disclosure date on or before August 15, 2005. The defendant relies on the attached memorandum of law in support of this motion.

RHODE ISLAND EMERGENCY PHYSICIANS, INC.,
By its Attorneys,
MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, individually and<br>p.p.a. Maximus Wadensten<br>*Plaintiff*<br><br>vs.<br><br>SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., DO;<br>TIMOTHY DRURY, MD;<br>RHODE ISLAND EMERGENCY<br>PHYSICIANS, INC.;<br>JOHN DOE, Alias; JANE DOE, Alias; and<br>JOHN DOE CORPORATION, Alias<br>*Defendants* | : | C.A. No.: 04-0326 S |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT RHODE ISLAND EMERGENCY PHYSICIANS, INC.'S MOTION TO EXTEND EXPERT DISCOVERY DISCLOSURE DATE**

Now comes defendant Rhode Island Emergency Physicians and hereby submits this Memorandum of Law in support of its motion for an Order extending the defendant expert witness disclosure by fifteen days, to occur on or before August 15, 2005. That defendant expert witness disclosure is currently scheduled to occur on or before July 31, 2005.

This is medical malpractice case and it is expected that the plaintiff will disclose expert witnesses in many different areas of specialty. The current fifteen day period between plaintiff and defendant expert witness disclosure is impractical and it does not give the defendants enough time to respond to opinions that the plaintiff will disclose. Moreover, the defendant seeks to extend this expert witness response period because the minor plaintiff is still treating with his physicians, and the defendant has not received the most recent medical records. Based on plaintiff Linda Wadensten's deposition testimony, she is still seeking treatment for her son Maximus for a hearing processing issue, and Maximus is currently being treated at Franciscan Children's Hospital. The defendants have not yet seen any of these records from the Franciscan Children's Hospital or any other medical

records for the alleged processing evaluation. In order for any defense expert to comment on the hearing processing issue, or the Franciscan Children's Hospital issue, fifteen days is simply not adequate, especially during mid-July.

The reasonable period between expert witness disclosure in medical malpractice cases is at

RHODE ISLAND EMERGENCY PHYSICIANS, INC.,
By its Attorneys,
MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

## CERTIFICATION

I hereby certify that on this 30 day of June, 2005 a true copy of the foregoing was mailed, postage pre-paid, and sent by facsimile to:

Counsel for Plaintiff
Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Counsel for Co-Defendant Hospital
Paul F. Galamaga, Esq.
Ratcliffe, Burke Harten & Elias
1600 Financial Plaza
Providence, RI 02903



592962v1

**CERTIFICATION**

I hereby certify that on this 30 day of June, 2005 a true copy of the foregoing was mailed, postage pre-paid, and sent by facsimile to:

Counsel for Plaintiff
Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Counsel for Co-Defendant Hospital
Paul F. Galamaga, Esq.
Ratcliffe, Burke Harten & Elias
1600 Financial Plaza
Providence, RI 02903

[signature]