UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, individually and p.p.a. Maximus Wadensten<br>*Plaintiff* | : | |
| vs. | : | C.A. No.: 04-0326 S |
| SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., DO;<br>TIMOTHY DRURY, MD;<br>RHODE ISLAND EMERGENCY PHYSICIANS, INC.;<br>JOHN DOE, Alias; JANE DOE, Alias;<br>and JOHN DOE CORPORATION, Alias<br>*Defendants* | : | |

**DEFENDANT RHODE ISLAND EMERGENCY PHYSICIANS, INC.'S MOTION TO STRIKE OBJECTIONS & COMPEL PRODUCTION OF DOCUMENTS (re: Request #10)**

Now comes defendant Rhode Island Emergency Physicians and pursuant to Rule 37 of the Federal Rules of Civil Procedure move this Honorable Court to enter Order striking the plaintiff's objections and compelling production of documents as to Request #10.

The defendant has attached the pertinent document production request as Exhibit A. In response to Request #10, the plaintiff objected, provided a privilege log, and identified in that privilege log a five page (front and back of each page, totaling ten pages) handwritten note that nanny Jennifer Weiss made. Ms. Weiss testified at her deposition that she created those handwritten notes October 26, 2003, one day after the subject incident. (Weiss depo., p.36) (Exhibit B). Ms. Weiss further testified that she reviewed those notes to prepare for her deposition, which was held on May 26, 2005. (Weiss depo., pp.35-36, 38). At the time Jennifer Weiss created those notes, she was not represented by an attorney, and she was not concerned about anything that would cause her to write down those notes. (Weiss depo., p.37).

1. The Weiss Notes are not privileged. Despite the plaintiffs assertion in their response to document production request #10 that Ms. Weiss's handwritten notes created October 26, 2003 were privileged, there is no such privilege. Ms. Weiss was not represented by an attorney at that time, and Ms. Weiss testified that she was not concerned about anything that would cause her to create the notes. The notes were not created for the purpose of communicating facts to counsel to enable counsel to give legal advice, and they were not prepared by a "party" in anticipation of litigation. Instead, Ms. Weiss testified that the notes were for her own personal use, so that she had the "events of what happened." (Weiss depo. p.36-37). Simply because the notes are now in plaintiff's counsels possession does not somehow now make these notes privileged.

2. Preparation for witness' deposition requires disclosure. Jennifer Weiss's notes are five pages, front and back, for a total of ten pages of handwritten notes, and Ms.Weiss reviewed those ten pages of notes to prepare for her deposition. Those notes were created October 26, 2003, and the plaintiff's deposition occurred May 25, 2005. Despite plaintiff's expected assertion that Ms. Weiss did not use the notes to refresh her recollection, the notes were admittedly reviewed in preparation for the deposition, and certainly refreshed Ms. Weiss's memory as to what occurred. ( Weiss deposition p.36-37) The requested notes are ten pages in length and are in possession of plaintiff's counsel.

Wherefore, based on the foregoing the defendant requests that this Honorable Court enter an order to striking the plaintiff's objections to Document Request #10, and directing immediate production of the subject Jennifer Weiss notes.

RHODE ISLAND EMERGENCY
PHYSICIANS, INC.,
By its Attorneys,
MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

## CERTIFICATION

I hereby certify that on this 30th day of June, 2005 a true copy of the foregoing was mailed, postage pre-paid, and sent by facsimile to:

Counsel for Plaintiff
Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Counsel for Co-Defendant Hospital
Paul F. Galamaga, Esq.
Ratcliffe, Burke Harten & Elias
1600 Financial Plaza
Providence, RI 02903



591969v1