UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

7/7/05; GRANTED.
USMJ

FILED
JUN 30 2005

LINDA WADENSTEN, individually and :
p.p.a. Maximus Wadensten :
*Plaintiff* :
:
vs. : C.A. No.: 04-0326 S
:
SOUTH COUNTY HOSPITAL; :
PAMELA BURLINGAME, RNP; :
ROBERT J. CASCI, JR., DO; :
TIMOTHY DRURY, MD; :
RHODE ISLAND EMERGENCY :
PHYSICIANS, INC.; :
JOHN DOE, Alias; JANE DOE, Alias; and :
JOHN DOE CORPORATION, Alias :
*Defendants* :

**DEFENDANT RHODE ISLAND EMERGENCY PHYSICIANS, INC.'S MOTION TO EXTEND EXPERT DISCLOSURE DATE**

Now comes defendant Rhode Island Emergency Physicians and moves this Honorable Court to for an Order extending by 15 days the disclosure date for defendant expert witnesses. As currently set, the plaintiff expert witness disclosure is July 16, 2005, and defendant expert witness disclosure is fifteen days later, on July 31, 2005. The defendant, through this motion, seeks to set the defense expert witness disclosure date on or before August 15, 2005. The defendant relies on the attached memorandum of law in support of this motion.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☐ for determination
☐
William E. Smith, U.S. District Judge
Date 6/30/05

RHODE ISLAND EMERGENCY PHYSICIANS, INC.,
By its Attorneys,
MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

591969v1