UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Amato DeLuca, Esq.

RE: CA 04-326 S

Wadenstein v. So. Cty. Hospital

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 7 / 11 / 05 and have made the following determination:

______ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $150.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

X 8. Document violates Amended General Order 2002-01.

X 9. Other: No objection filed

ENTER: [signature]

United States Magistrate Judge

Date: 7/13/05

cc: Counsel of Record

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, Individually and<br>p.p.a. MAXIMUS WADENSTEN<br>Plaintiffs,<br><br>v.<br><br>SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., D.O.;<br>TIMOTHY DRURY, M.D.<br>RHODE ISLAND EMERGENCY<br>PHYSICIANS, INC.;<br>JOHN DOE, ALIAS; JANE DOE, ALIAS;<br>JOHN DOE CORPORATION, ALIAS<br>Defendants. | : | C.A. No. 04-326S |

**<u>PLAINTIFF'S MEMORANDUM IN SUPPORT OF OBJECTION TO MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT</u>**

INTRODUCTION

Now before the Court is Defendant South County Hospital's misguided attempt to add a new party to this EMTALA and medical-negligence action on the day before the close of an extensive and costly discovery period. The Court ought to reject the hospital's attempt to add a new, unnecessary party to the action at this late stage of the proceedings as futile, untimely, and unduly prejudicial.

The hospital's claim that Max's nanny, Jennifer Weiss, is a joint tortfeasor from whom it has a right of contribution is clearly wrong and contrary to established law. As a matter of law, Jennifer Weiss is *not* a joint tortfeasor and the hospital has no right of contribution from her. As such, there is no legal basis for permitting the hospital to implead Ms. Weiss in this action.

Even if there were a legal basis for permitting the hospital to add Ms. Weiss as a third-party defendant based on a claim of contribution (which there is not), the Court ought