IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN<br>Plaintiff,<br>v.<br><br>SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., D.O.;<br>JOHN DOE, ALIAS; JANE DOE, ALIAS;<br>JOHN DOE CORPORATION, ALIAS<br>Defendants | : | C.A. NO. 04-326S |

**DEFENDANT SOUTH COUNTY HOSPITAL'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES PROPOUNDED TO LINDA WADENSTEN, INDIVIDUALLY**

South County Hospital moves, pursuant to Fed.R.Civ.P.37(a)(3), for an order striking objections and compelling plaintiff Linda Wadensten, Individually, to provide more responsive answers to interrogatories in the manner set forth in the attached Memorandum. South County Hospital respectfully requests that this Court issue an Order granting the defendant's motion to compel more responsive answers and requiring plaintiff to provide said responses within ten (10) days of the Court's ruling on this motion.

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

[signature]
Deputy Clerk
Date: 7/13/05