**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. NO. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

**AMENDED**
**NOTICE OF DEPOSITION**

| | |
|---|---|
| **DEPONENT:** | **Dale Jerald, Southern Early Intervention**<br>**140 Point Judith Road, Suite 44**<br>**Naragansett, RI 02882** |
| **DATE:** | **July 21, 2005** |
| **TIME:** | **9:30 a.m.** |
| **LOCATION:** | **Ratcliffe Burke Harten & Elias, LLP**<br>**1600 Financial Plaza**<br>**Providence, RI 02903** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Defendant South County Hospital will take the deposition of the above-named individual upon oral examination, which examination will continue from day to day until completed and will begin at the above-specified time on the above-mentioned date, at the offices of Ratcliffe Burke Harten & Elias, LLP, 1600 Financial Plaza, Providence, Rhode Island, before a Notary Public duly commissioned in the State of Rhode

Island, or before some other officer authorized to administer oaths. This deposition will be recorded by stenographic means. The individual is further commanded to bring with them to the deposition the documents specified in Schedule A of the attached deposition subpoena.

You are invited to attend and cross-examine.

Respectfully submitted by:

Defendant,
South County Hospital
By its Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

Paul F. Galamaga

Jay M. Elias, Esquire (#3050)
Paul F. Galamaga, Esquire (#5803)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

## CERTIFICATION

I hereby certify that a true copy of the within was mailed, postage prepaid and forwarded via facsimile, on this 13 day of July, 2005, to the following:

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Mark T. Nugent, Esquire
Paul V. Sullivan, Esquire
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Peggy Medeglia

*Depo -Amended - Dale Jeraldd3*