UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN Plaintiff, | : | |
| v. | : | C.A. No. 04-326S |
| SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., D.O.; TIMOTHY DRURY, M.D. RHODE ISLAND EMERGENCY PHYSICIANS, INC.; JOHN DOE, ALIAS; JANE DOE, ALIAS; JOHN DOE CORPORATION, ALIAS Defendants. | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO VACATE THE CLERK'S ORDER OF 7/13/05 GRANTING DEFENDANT SOUTH COUNTY HOSPITAL'S MOTION TO COMPEL**

Now before the Court is plaintiff Linda Wadensten's motion for an Order of this Honorable Court vacating the entry by the Court's deputy clerk on July 13, 2005 of the granting of Defendant South County Hospital's motion to compel more responsive answers to interrogatories. The Order from which relief is sought is attached to plaintiff's motion to vacate as **EXHIBIT A**.

**ARGUMENT**

The Court ought to grant the relief requested, vacating as premature the July 13, 2005 clerk's order granting defendant's motion to compel. The reason for granting the defendant's motion—*i.e.*, that no objection was timely filed—is incorrect. Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 12(a)(2), plaintiff timely filed an *assented-to* motion to enlarge the time for plaintiff's response (objection) to this and four other motions that were served

on plaintiff just before the close of discovery. A copy of plaintiff's motion to enlarge is attached to plaintiff's motion to vacate as **EXHIBIT B**.

As plaintiff's response (objection) to defendant's motion is subject to the Court's ruling on the assented-to motion for enlargement of time, the Order from which relief is sought was erroneously entered for the reason that no objection was timely filed.

**CONCLUSION**

Plaintiff respectfully submits that the Court ought to enter an order vacating the clerk's order of July 15, 2005, granting defendant South County Hospital's motion to compel.

Plaintiff,
By her Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 14 day of July, 2005 by hand delivery

Jay Elias, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Jennifer Houston