UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA WADENSTEN, Individually and :
p.p.a. MAXIMUS WADENSTEN :
Plaintiff, :
v. : C.A. No. 04-326S
:
SOUTH COUNTY HOSPITAL; :
PAMELA BURLINGAME, RNP; :
ROBERT J. CASCI, JR., D.O.; :
TIMOTHY DRURY, M.D. :
RHODE ISLAND EMERGENCY :
PHYSICIANS, INC.; :
JOHN DOE, ALIAS; JANE DOE, ALIAS;:
JOHN DOE CORPORATION, ALIAS :
Defendants. :

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ________
William E. Smith, U.S. District Judge
Date: 7/11/05

FILED JUL 11 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

7/15/05: GRANTED. [signature] USMJ

**PLAINTIFF'S NUNC PRO TUNC MOTION TO ENLARGE PAGE LIMIT FOR PLAINTIFF'S MEMORANDUM IN SUPPORT OF OBJECTION TO MOTION OF DEFENDANT SOUTH COUNTY HOSPITAL FOR LEAVE TO FILE THIRD PARTY COMPLAINT**

Now comes plaintiff in the above-captioned matter and moves for an Order of this Honorable Court granting her leave to file a memorandum in support of her objection to defendant South County Hospital's Motion for Leave to File Third Party Complaint, in excess of the 10-page limit on memoranda under Local Rule 12(a) and General Order #2002-01 by 10 pages. As grounds, plaintiff states as follows:

1. Claiming a right of contribution from an alleged joint tortfeasor (*i.e.*, the minor plaintiff Maximus Wadensten's nanny), defendant South County Hospital seeks to add an entirely new party to this complex medical-negligence action at the close of discovery.

2. Plaintiff objects to the motion and on July 8, 2005, served and filed a 20-page memorandum of law which showed that the Court ought to deny the motion: (a) as futile since, as a matter of law, the hospital has no right of contribution against Max's nanny; and (b) as unwarranted, unnecessary, and unduly prejudicial since the hospital can