Referred to U.S.M.J. Almond
☐ for findings & recommendations
☐ for determination
☐
William E. Smith, U.S. District Judge
Date: 7/11/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN
Plaintiff,

v.

C.A. No. 04-326S

SOUTH COUNTY HOSPITAL;
PAMELA BURLINGAME, RNP;
ROBERT J. CASCI, JR., D.O.;
TIMOTHY DRURY, M.D.
RHODE ISLAND EMERGENCY PHYSICIANS, INC.;
JOHN DOE, ALIAS; JANE DOE, ALIAS;
JOHN DOE CORPORATION, ALIAS
Defendants.

7/15/05: GRANTED. DLM USMJ

## PLAINTIFF'S ASSENTED-TO REQUEST FOR ENLARGEMENT OF TIME TO SERVE AND FILE RESPONSES AND SUPPORTING MEMORANDA AND MATERIALS IN OPPOSITION TO DEFENDANTS' SEVERAL MOTIONS FILED AT THE CLOSE OF DISCOVERY

Now comes plaintiff Linda Wadensten and hereby moves pursuant to Fed. R. Civ. P. 6(b) and Local Rule 12(a)(2) extending by four days plaintiff's time to serve and file responses and supporting memoranda of law, affidavits, and other papers or materials to defendants' several motions served and filed just before the close of discovery. As grounds, plaintiff states as follows:

1. This is a complex medical-negligence action in which plaintiff claims that defendants' negligence and violation of EMTALA proximately caused seven-month plaintiff Maximus Wadensten to suffer severe and permanent injuries.

2. At the close of discovery on June 30, 2005, plaintiff received the following motions:

   a) South County Hospital's:

      i) Motion to Compel More Responsive Answers to Interrogatories and Strike Objections (Linda Wadensten p.p.a Maximus Wadensten);