Referred to U.S.M.J.
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date 7/11/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA WADENSTEN, Individually and :
p.p.a. MAXIMUS WADENSTEN :
Plaintiff, :
v. : C.A. No. 04-326S
:
SOUTH COUNTY HOSPITAL; :
PAMELA BURLINGAME, RNP; :
ROBERT J. CASCI, JR., D.O.; :
TIMOTHY DRURY, M.D. :
RHODE ISLAND EMERGENCY :
PHYSICIANS, INC.; :
JOHN DOE, ALIAS; JANE DOE, ALIAS;:
JOHN DOE CORPORATION, ALIAS :
Defendants. :

FILED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

7/15/05: GRANTED. [signature] USMJ

**PLAINTIFF'S NUNC PRO TUNC MOTION TO ENLARGE PAGE LIMIT FOR EXHIBITS ACCOMPANYING PLAINTIFF'S MEMORANDUM IN SUPPORT OF OBJECTION TO MOTION OF DEFENDANT SOUTH COUNTY HOSPITAL FOR LEAVE TO FILE THIRD PARTY COMPLAINT**

Now comes plaintiff in the above-captioned matter and moves for an Order of this Honorable Court granting her leave to file exhibits with her memorandum in support of her objection to defendant South County Hospital's Motion for Leave to File Third Party Complaint, in excess of the 5-page limit under General Order #2002-01 by 15 pages. As grounds, plaintiff states as follows:

1. Claiming a right of contribution from an alleged joint tortfeasor (*i.e.*, the minor plaintiff Maximus Wadensten's nanny), defendant South County Hospital seeks to add an entirely new party to this complex medical-negligence action at the close of discovery.
2. Plaintiff objects to the motion and on July 8, 2005, served and filed a 20-page memorandum of law with 20 pages of exhibits. The memorandum and exhibits showed that the Court ought to deny the motion: (a) as futile since, as a matter of law, the hospital has no right of contribution against Max's nanny; and (b) as unwarranted,