**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN** Plaintiff, | : | |
| v. | : | **C.A. No. 04-326S** |
| **SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., D.O.; TIMOTHY DRURY, M.D. RHODE ISLAND EMERGENCY PHYSICIANS, INC.; JOHN DOE, ALIAS; JANE DOE, ALIAS; JOHN DOE CORPORATION, ALIAS** Defendants. | : | |

**PLAINTIFF'S ASSENTED-TO REQUEST FOR ENLARGEMENT OF TIME TO SERVE AND FILE RESPONSES AND SUPPORTING MEMORANDA AND MATERIALS IN OPPOSITION TO DEFENDANTS' SEVERAL MOTIONS FILED AT THE CLOSE OF DISCOVERY**

Now comes plaintiff Linda Wadensten and hereby moves pursuant to Fed. R. Civ. P. 6(b) and Local Rule 12(a)(2) extending by four days plaintiff's time to serve and file responses and supporting memoranda of law, affidavits, and other papers or materials to defendants' several motions served and filed just before the close of discovery. As grounds, plaintiff states as follows:

1. This is a complex medical-negligence action in which plaintiff claims that defendants' negligence and violation of EMTALA proximately caused seven-month plaintiff Maximus Wadensten to suffer severe and permanent injuries.

2. At the close of discovery on June 30, 2005, plaintiff received the following motions:

a) South County Hospital's:

i) Motion to Compel More Responsive Answers to Interrogatories and Strike Objections (Linda Wadensten p.p.a Maximus Wadensten);

ii) Motion to Compel More Responsive Answers to Interrogatories (Linda Wadensten, individually);

iii) Motion to Compel Responses at Depositon;

iv) Motion for Physical and Mental Examinations (Maximus Wadensten); and

b) Rhode Island Emergency Physician, Inc.'s Motion to Strike Objections and Compel Production of Documents (re: Request # 10).

3. This request for enlargement of time is made *before* the expiration of the time period for plaintiff's response.

4. Plaintiff submits that she has a meritorious response in opposition to each of the above-listed motions.

5. Owing to the plaintiff's efforts to complete discovery before closure and to prepare its expert disclosure and reports (due July 15, 2005), plaintiff has been unable to research and draft meaningful responses to the aforementioned motions.

6. Plaintiff seeks only a four-day extension of time within which to submit her responses to on or before July 15, 2005.

7. The within motion is not interposed to prejudice defendants or to delay consideration of this matter, but for the exingencies described above.

8. Plaintiff's counsel has spoken with counsel for defendants, who have given their assent to the Court's granting of the within motion.

Case 1:04-cv-00326-S Document 182 Filed 07/11/2005 Page 3 of 3

WHEREFORE, plaintiff respectfully submits that the Court ought to issue an Order extending by four days (or up to and including July 15, 2005) plaintiff's time to serve and file responses and supporting memoranda of law, affidavits, and other papers or materials to defendants' motions, listed above.

Plaintiff,
By her Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

## CERTIFICATION

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 11th day of July, 2005 by 1st class mail:

Jay Elias, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

GRANTED
William E. Smith
U.S. District Judge
7/15/05