COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

7/19/05: GRANTED. The Clerk's 7/13/05 ORDER (Docket Entry 186) is VACATED. USMJ

| | | |
|---|---|---|
| LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN<br>Plaintiff,<br>v.<br><br>SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., D.O.;<br>TIMOTHY DRURY, M.D.<br>RHODE ISLAND EMERGENCY PHYSICIANS, INC.;<br>JOHN DOE, ALIAS; JANE DOE, ALIAS;<br>JOHN DOE CORPORATION, ALIAS<br>Defendants. | : | C.A. No. 04-326S |

FILED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**PLAINTIFF'S MOTION TO VACATE THE CLERK'S ORDER OF 7/13/05 GRANTING DEFENDANT SOUTH COUNTY HOSPITAL'S MOTION TO COMPEL**

Now comes plaintiff Linda Wadensten and hereby moves for an Order of this Honorable Court vacating the entry by the Court's deputy clerk on July 13, 2005 of the granting of Defendant South County Hospital's motion to compel more responsive answers to interrogatories. The Order from which relief is sought is attached hereto as **EXHIBIT A**.

As grounds, plaintiff submits that the reason for granting the defendant's motion—*i.e.*, that no objection was timely filed—is incorrect. Plaintiff timely filed an assented-to motion to enlarge the time for plaintiff's response to this and four other motions to Friday, July 15, 2005. A copy of plaintiff's motion to enlarge is attached hereto as **EXHIBIT B**.

A memorandum of law accompanies this motion.

WHEREFORE, plaintiff respectfully submits that the Court ought to enter an order vacating the clerk's order of July 15, 2005, granting defendant South County Hospital's motion to compel.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☒ for determination
☐ ______
William E. Smith, U.S. District Judge
Date: 7/18/05