**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., D.O.; TIMOTHY DRURY, M.D. RHODE ISLAND EMERGENCY PHYSICIANS, INC.; JOHN DOE, ALIAS; JANE DOE, ALIAS; JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants.** | : | |

**PLAINTIFF'S OBJECTION TO**
**DEFENDANT SOUTH COUNTY HOSPITAL'S MOTION**
**TO COMPEL MORE RESPONSIVE ANSWERS AND STRIKE OBJECTIONS**
**TO INTERROGATORIES PROPOUNDED TO LINDA WADENSTEN, p.p.a.**
**MAXIMUS WADENSTEN**

Now comes plaintiff in the above-captioned action and hereby objects to Defendant South County Hospital's motion to compel more responsive answers and strike objections to interrogatories propounded to Linda Wadensten, p.p.a., Maximus Wadensten. As grounds, plaintiff submits that most issues have been mooted by supplemental answers to interrogatories served by plaintiff on the hospital before the closure of discovery. Furthermore, the only outstanding disputed answer will similarly be mooted by the information provided in plaintiff's expert disclosure and reports. Plaintiff finally claims that the hospital is not entitled to an allowance of its motion to compel since, to date, it has not made a requisite substantive effort to confer with plaintiff to resolve this matter.

Notwithstanding the foregoing, following plaintiff's proposal, the parties have agreed to engage in good faith efforts to confer in an effort to resolve the issues raised by the hospital's motion without the necessity of intervention by the Court.

The parties have agreed to arrange a discovery conference for this purpose and following thereon, will report to the Court regarding the result thereof and necessity, if any, of further proceedings on the hospital's motion.

As such, plaintiff requests that the Court refrain from considering the hospital's motion to compel until the parties have submitted a discovery conference report to the Court.

In light of the foregoing, plaintiff is not at this time submitting further argument in support of her objection to the hospital's motion to compel. Plaintiff reserves the right, however, to submit a memorandum of law on any issues not ultimately resolved by conference between the parties and submitted to the Court for decision. Said memorandum, if necessary, will be filed together the parties' discovery conference report.

Plaintiff,
By her Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

# CERTIFICATION

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 15 day of July, 2005 by ________________:

Jay Elias, Esq. via e-mail and 1st class mail
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq. via 1st class mail
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Jennifer Pawston

2005 JUL 18 P 12:21
FILED