# UNITED STATES DISTRICT COURT
## District of Rhode Island

# NOTICE

*LINDA WADENSTEN*

*v.* *CA04-326S*

*SOUTH COUNTY HOSPITAL, et al.*

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***

Defendant South County Hospital's Motion for Physical and Mental Examinations of Maximus Wadensten
Defendant Rhode Island Emergency Physicians, Inc.'s Motion to Strike Objections & Compel Production of Documents (re: request #10)
Defendant South County Hospital's Motion to Compel Responses at Deposition
Defendant South County Hospital's Motion to Compel More Responsive Answers and Strike Objections to Interrogatories Propounded to Linda Wadensten, p.p.a. Maximus Wadensten
Defendant South County Hospital's Motion for Protective Order as to Plaintiff's 30(B)(6) Deposition of the Rhode Island Department of Health

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***July 27, 2005***
***TIME:*** ***11:00 A.M.***

***David A. DiMarzio, Clerk of Court***

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: July 21, 2005

**NOTICE SENT TO:** **DELUCA, ELIAS, GALAMAGA, NUGENT, SULLIVAN**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.