UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN<br>Plaintiff, | : | |
| v. | : | C.A. No. 04-326S |
| SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., D.O.;<br>TIMOTHY DRURY, M.D.<br>RHODE ISLAND EMERGENCY PHYSICIANS, INC.;<br>JOHN DOE, ALIAS; JANE DOE, ALIAS;<br>JOHN DOE CORPORATION, ALIAS<br>Defendants. | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANT RHODE ISLAND EMERGENCY PHYSICIANS, INC.'S MOTION TO STRIKE OBJECTIONS & COMPEL PRODUCTION OF DOCUMENTS**

Now comes plaintiff in the above-captioned action and hereby objects to Defendant Rhode Island Emergency Physicians, Inc.'s motion to strike objections and compel production of documents. As grounds, Plaintiff submits that the hospital's motion is subject to summary denial because it does not include the certification required by Fed. R. Civ. P. 37(a)(2)(B) that the movant hospital has in good faith conferred or attempted to confer with plaintiff in an effort to secure the information or material without court action. Indeed, plaintiff's counsel represents that no such effort was made by defendant other than a letter sent together with the motion demanding the production of the documents requested.

Notwithstanding the fact that the Court ought to deny summarily the defendant's motion to compel for non-compliance with Rule 37(a)(2)(B), in an effort to resolve this matter on the merits, plaintiff's counsel have taken the initiative to contact counsel for defendant and propose that the parties arrange a discovery conference and engage in a

substantive good faith effort to resolve this matter without the necessity of intervention by the Court. In a telephone conference conducted on July 15, 2005, counsel for defendant agreed to this proposal subject to reservation of its right to press its motion before the Court and to dispute the claimed non-compliance with Rule 37(a)(2)(B).

As such, as an alternative to the summary denial of defendant's motion for non-compliance with Rule 37(a)(2)(B), plaintiff requests that the Court refrain from considering the motion until the parties have submitted a discovery conference report to the Court.

Plaintiff,
By her Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 15 day of July, 2005 by ________________:

Jay Elias, Esq., via e-mail and 1st class mail
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq., via 1st class mail
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903