**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---

# NOTICE OF MANDATORY SETTLEMENT CONFERENCE

LINDA WADENSTEN

v. CA04-326S

SOUTH COUNTY HOSPITAL, et al.

Pursuant to this Court's Alternative Dispute Resolution Program, the above-captioned matter will have a **mandatory** settlement conference with U.S. Magistrate Judge ROBERT W. LOVEGREEN in Room 519, Federal Building and U.S. Courthouse on **SEPTEMBER 27, 2005 at 9:30 A.M.** Counsel are directed to appear with their respective parties or someone with full financial and other authority to conduct good faith negotiations.

Failure to so appear, without advance leave of Court, may result in sanctions. Barring an emergency, leave must be sought within ten (10) days of this notice.

ROBERT W. LOVEGREEN
U.S. Magistrate Judge

JEANNINE THEALL
Deputy Clerk
752-7217

**Dated:** July 27, 2005