SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN<br>Plaintiff, | : | |
| v. | : | C.A. No. 04-326S |
| SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., D.O.;<br>TIMOTHY DRURY, M.D.<br>RHODE ISLAND EMERGENCY PHYSICIANS, INC.;<br>JOHN DOE, ALIAS; JANE DOE, ALIAS;<br>JOHN DOE CORPORATION, ALIAS<br>Defendants. | : | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL AND CANCELLATION OF DEPOSITION NOTICE AND SUBPOENA TO KEEPER OF RECORDS, DEPARTMENT OF HEALTH**

Now comes plaintiff in the above-captioned action and notifies the Court and all parties and persons concerned that it hereby withdraws and cancels the notice of deposition and subpoena to the Keeper of Records for the Rhode Island Department of Health, which documents were served on the parties on May 24, 2005 (copy of notice of deposition attached as **EXHIBIT A**).

Plaintiff,
By her Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 26 day of July, 2005 by hand delivery

Jay Elias, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Jennifer Houston

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN<br>Plaintiff,<br>v.<br><br>SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., D.O.;<br>TIMOTHY DRURY, M.D.<br>RHODE ISLAND EMERGENCY PHYSICIANS, INC.;<br>JOHN DOE, ALIAS; JANE DOE, ALIAS;<br>JOHN DOE CORPORATION, ALIAS<br>Defendants. | : | C.A. No. 04-326S |

## NOTICE OF DEPOSITION

| | |
|---|---|
| DEPONENT: | KEEPER OF RECORDS, DEPARTMENT OF HEALTH |
| PLACE: | DeLuca & Weizenbaum Ltd., 199 North Main Street, Providence, RI |
| DATE: | June 15, 2005 |
| TIME: | 10:00 a.m. |

Please take notice that Petitioner will take the deposition of the above-named deponent upon oral examination before a Notary Public of the State of Rhode Island, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at the law office of Deluca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper. **Deponent is further required to bring with you the documents listed in Exhibit A.**

**Deponent need not appear if the documents requested in Exhibit A are provided to Deluca & Weizenbaum, Ltd, 199 North Main Street, Providence, RI 02903, along with the completed Affidavit, on or before June 15, 2005.**

Plaintiff,
By her Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

## CERTIFICATION

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 24th day of May, 2005 by hand delivery:

Jay Elias, Esq.
Paul Galamaga, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

**EXHIBIT "A"**

References herein to the Rules and Regulations for Licensing of Hospitals issued by the Department of Health for the State of Rhode Island shall be cited as "Rules and Regulations." To the extent that any document requested "identifies individuals" as that term is used in R.I.G.L. § 23-17-15, please redact any such identification and produce the requested documents.

The following documents are requested concerning South County Hospital for the period of time January 2000 to date:

1. Copies of survey reports from the joint commission on accreditation of health care organizations and the American Osteopathic Association and any other reports from other accrediting organizations incorporated by reference in the reports, provided to the licensing agency regarding South County Hospital from January of 2000 to date.

2. All records concerning inspections and/or investigations conducted by this licensing agency, including but not limited to those conducted pursuant to R.I.G.L. § 23-17-10 and Section 6.0 of the Rules and Regulations, such records to include but not be limited to:

   a. records of interviews and all other communications with hospital staff and administration concerning investigations, and
   b. any and all documents reviewed by the licensing agency in the course of any investigation.

3. All records concerning and/or reflecting findings made by this licensing agency pursuant to the Rules and Regulations for Licensing of Hospitals with respect to South County Hospital.

4. All records concerning and/or reflecting "reportable events" as that term is used in Section 1.42 of the Rules and Regulations.

5. All records concerning actions taken pursuant to Section 7.0 of the Rules and Regulations – ***Denial, Suspension, Revocation of License, Curtailment of Activities or Cessation of Operation.***