UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA04-326S** **DATE: July 27, 2005**

**TITLE: Linda Wadensten v. South County Hospital, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Amato DeLuca, Esq.
Tim Esky, Esq.
Mark Nugent, Esq.
Jay Elias, Esq.
Paul Galamaga, Esq.
Paul Sullivan, Esq.

**PROCEEDING:**
Defendant South County Hospital's Motion for Physical and Mental Examinations of Maximus Wadensten
Defendant Rhode Island Emergency Physicians, Inc.'s Motion to Strike Objections & Compel Production of Documents (re: request #10)
Defendant South County Hospital's Motion to Compel Responses at Deposition
Defendant South County Hospital's Motion to Compel More Responsive Answers and Strike Objections to Interrogatories Propounded to Linda Wadensten, p.p.a. Maximus Wadensten
Defendant South County Hospital's Motion for Protective Order as to Plaintiff's 30(B)(6) Deposition of the Rhode Island Department of Health

Attorneys argue.

**RULING:**
Defendant South County Hospital's Motion for Physical and Mental Examinations of Maximus Wadensten - **Granted without Prejudice to Plaintiff filing a**

**protective order**
Defendant Rhode Island Emergency Physicians, Inc.'s Motion to Strike Objections & Compel Production of Documents (re: request #10) - **Granted - 5 days to produce documents or appeal**
Defendant South County Hospital's Motion to Compel Responses at Deposition - **Granted; reconvene depo; additional 3 hours**
Defendant South County Hospital's Motion to Compel More Responsive Answers and Strike Objections to Interrogatories Propounded to Linda Wadensten, p.p.a. Maximus Wadensten - **Denied at to Request #6; all other requests worked out**
Defendant South County Hospital's Motion for Protective Order as to Plaintiff's 30(B)(6) Deposition of the Rhode Island Department of Health - **Denied as Moot without prejudice; will re-file motion**
Motion #166 - **Denied as Moot; agreement by Counsel**
Motions 164, 165, 176 are being worked on by Counsel. Counsel will inform the Court of progress.
Motion #157 - **Denied as Moot without prejudice**
**Order to follow by Court.**