UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA:04-326S** **July 29, 2005**

**TITLE: LINDA WADENSTEN V. SOUTH COUNTY HOSPITAL, ET AL**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:36 a.m. - 11:00 a.m.**

---

**COUNSEL PRESENT:** **Plaintiff - Amato DeLuca, Michael Eskey, Esquire**
**Defendant - Paul Galamaga, Mark Nugent, Esquire**

**RE: Defendant's Motion to Amend its Answer to the Complaint and Deft's Motion to File Third Party Complaint**

**Proceedings: All counsel of record present; Arguments heard; Court grants Defendant's Motion to Amend its Answer to the Complaint and Court will take the matter under advisement as to Defendant's Motion to File Third Party Complaint and write an opinion within one (1) week.**