UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA WADENSTEN
Plaintiff

VS. CA:04-326S

SOUTH COUNTY HOSPITAL, ET AL
Defendant

**ORDER**

For the reasons stated in open Court on July 29, 2005, Defendant's Motion to Amend its Answer to the Complaint is GRANTED.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 7/29/05