**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN** <br> **Plaintiff,** <br> **v.** <br><br> **SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., D.O.; TIMOTHY DRURY, M.D. RHODE ISLAND EMERGENCY PHYSICIANS, INC.; JOHN DOE, ALIAS; JANE DOE, ALIAS; JOHN DOE CORPORATION, ALIAS** <br> **Defendants.** | **C.A. No. 04-326S** |

**PLAINTIFF'S MOTION TO ENLARGE PAGE LIMIT FOR EXHIBITS ACCOMPANYING PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER DATED JULY 28, 2005**

Now comes plaintiff in the above-captioned matter and moves for an Order of this Honorable Court granting her leave to file exhibits with her objection to the magistrate judge's order dated July 28, 2005, in excess of the 5-page limit under General Order #2002-01 by 5 pages. As grounds for filing exhibit totaling 10 pages, plaintiff states as follows:

1. The exhibits accompanying plaintiff's objection to the magistrate judge's order consist of the order itself (3 pages), selected pages from the deposition of Jennifer Weiss (6 pages), and a page from defendant South County Hospital's memorandum in support of its motion to reconvene the deposition of Ms. Weiss (1 page) .
2. Every effort has been made to limit the contents of the exhibits in compliance with General Order #2002-01 while also providing the Court with sufficient supporting materials to make an informed decision on the objection.
3. Notwithstanding, plaintiff was not reasonably able to limit the number of pages included in the exhibits to come within the 5-page limit under General Order #2002-01.

4. For the foregoing reasons, plaintiff requests leave to file 10 pages of exhibits together with her objection to the magistrate judge's order dated July 28, 2005.

5. Plaintiff has made every attempt to be concise in accordance with the Court's rules. Notwithstanding, the additional pages of exhibits were necessary to provide the Court with meaningful support for her memoranda on the important issues raised in connection with the hospital's motion.

WHEREFORE, for the foregoing good cause shown, plaintiff respectfully requests that the Court enter an Order granting her leave to file exhibits with her objection to the magistrate judge's order dated July 28, 2005, in excess of the 5-page limit under General Order #2002-01 by 5 pages.

Plaintiff,
By her Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 2 day of August, 2005 by 1ST Class Mail

Jay Elias, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Tina DeLaine