UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN<br>Plaintiff,<br>v.<br><br>SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., D.O.;<br>TIMOTHY DRURY, M.D.<br>RHODE ISLAND EMERGENCY PHYSICIANS, INC.;<br>JOHN DOE, ALIAS; JANE DOE, ALIAS;<br>JOHN DOE CORPORATION, ALIAS<br>Defendants. | : | C.A. No. 04-326S |

**PLAINTIFF'S MOTION TO ENLARGE PAGE LIMIT FOR EXHIBITS ACCOMPANYING PLAINTIFF'S REPLY TO DEFENDANT BURLINGAME'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF NOTES AND MEDICAL TEXTS**

Now comes plaintiff in the above-captioned matter and moves for an Order of this Honorable Court granting her leave to file exhibits with her reply to defendant Burlingame's objection to plaintiff's motion to compel the production of notes and medical texts. Plaintiff seeks leave to file 3 additional pages of exhibits in excess of the 5-page limit under General Order #2002-01. As grounds for filing exhibits totaling 8 pages, plaintiff states as follows:

1. The exhibits accompanying plaintiff's reply consist of the court's order dated July 28, 2005 (3 pages), the content of which is referenced in plaintiff's reply, and selected pages from the deposition of defendant Burlingame (5 pages), which pages are also referenced in plaintiff's reply.

2. Every effort has been made to limit the contents of the exhibits in compliance with General Order #2002-01 while also providing the Court with sufficient supporting materials to make an informed decision on the objection.
3. Notwithstanding, plaintiff was not reasonably able to limit the number of pages included in the exhibits to come within the 5-page limit under General Order #2002-01.
4. For the foregoing reasons, plaintiff requests leave to file 8 pages of exhibits together with her reply.

WHEREFORE, for the foregoing good cause shown, plaintiff respectfully requests that the Court enter an Order granting her leave to file exhibits with her reply to defendant Burlingame's objection, in excess of the 5-page limit under General Order #2002-01 by 3 pages.

Plaintiff,
By her Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 11th day of August, 2005 by hand delivery:

Jay Elias, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Jennifer Houston