UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN<br>Plaintiff,<br>v.<br><br>SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., D.O.;<br>TIMOTHY DRURY, M.D.<br>RHODE ISLAND EMERGENCY PHYSICIANS, INC.;<br>JOHN DOE, ALIAS; JANE DOE, ALIAS;<br>JOHN DOE CORPORATION, ALIAS<br>Defendants. | : | C.A. No. 04-326S |

AUG 03 2005 DISTRICT OF RHODE ISLAND

**PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER DATED JULY 28, 2005**

Now comes plaintiff in the above-captioned action and, pursuant to Fed. R. Civ. P. 72(a) and Local Rule 32(b)(2), hereby objects to the following parts of the Magistrate Judge's Order dated July 28, 2005 (copy attached as as **EXHIBIT A**):

1. That part of Paragraph No. 3 where, in granting the hospital's motion to compel response at deposition—in essence, to force a non-party witness, Jennifer Weiss, to stage a videotaped reenactment of how Maximus Wadensten dropped to the floor—the motion justice:

(a) Allowed the hospital "to reconvene the deposition of Jennifer Weiss for a period not to exceed three (3) hours;"

(b) Allowed the hospital to "inquire further of Ms. Weiss as to the October 25, 2003 dropping incident;" and,

(c) Allowed defendants to "use the balance of time to inquire as to any other discoverable matters not addressed at the first deposition of Ms. Weiss."

DENIED
WEm 8/15/05
William E. Smith
U.S. District Judge