# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

# *NOTICE*

*LINDA WADENSTEN, et al.*

*v.* *CA04-326S*

*SOUTH COUNTY HOSPITAL, et al.*

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***

Plaintiff's Motion to Compel Production of Medical Literature and Notes of Defendant Pamela Burlingame, RNP

***PLACE:*** *U.S. District Court*
*Courtroom A - Room 224*
*John O. Pastore Federal Building*
*Two Exchange Terrace*
*Providence, RI 02903*

***DATE:*** *AUGUST 25, 2005*

***TIME:*** *10:00 A.M.*

*David A. DiMarzio, Clerk of Court*

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: August 18, 2005

**NOTICE SENT TO:** **DELUCA, ELIAS, GALAMAGA, NUGENT, SULLIVAN, WEIZENBAUM**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.