UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA04-326S** **DATE: August 25, 2005**

**TITLE: Linda Wadensten, et al. v. South County Hospital**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Amato DeLuca, Esq.
Mark Nugent, Esq.
Paul Sullivan, Esq.
Paul Galamaga, Esq.

**PROCEEDING:** Plaintiff's Motion to Compel Production of Medical Literature and Notes of Defendant Pamela Burlingame, RNP

Attorneys argue.

**RULING:** Court takes under advisement.
Deft to produce notes for in camera review.
Notes produced in Court to the Judge.
Order to follow.