**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. NO. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

**NOTICE OF EXAMINATION**

| | |
|---|---|
| **Person to be examined:** | **Maximus Wadensten** |
| **Examiner:** | **Joel Herskowitz, M.D.**<br>**Pediatric Neurologist** |
| **Location:** | **463 Worcester Road**<br>**Framingham, MA 01701** |
| **Date & Time:** | **1:00 p.m. - 2:30 p.m.**<br>**October 3, 2005** |

**Examination to be performed:**

Dr. Herskowitz will be performing a neurologic examination of the minor plaintiff to assess his claims of disability, including claims of cognitive delays, developmental delays, and neurologic injury and deficits as a result of the alleged brain injury that is the subject of this litigation. Specific claimed injuries to be assessed include claims of right sided weakness and/or paralysis of the right side, including a clenched fist, sensitivity, difficulty walking, and vision loss.

As part of the examination, Dr. Herskowitz requests the opportunity to speak with Linda Wadensten during the examination, as Maximus cannot speak for himself. Dr. Herskowitz would be asking questions pertinent to his examination including questions regarding Maximus's current condition, abilities, and overall health status. Dr. Herskowitz will initially spend time interacting with Maximus in order to ensure that Maximus is comfortable with the process and examination.

Dr. Herskowitz's examination will not include any invasive testing, no sedation, and no radiology testing. Dr. Herskowitz will be performing a neurologic examination which will consist of a combination of observation and evaluation. The examination will include checking reflexes and responses, including a Babinski response, as well as an evaluation of Maximus's interaction with Dr. Herskowitz.

Respectfully submitted by:

Defendant,
South County Hospital
By its Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

Paul F. Galamaga

Jay M. Elias, Esquire (#3050)
Paul F. Galamaga, Esquire (#5803)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

## CERTIFICATION

I hereby certify that a true copy of the within was mailed, postage prepaid and forwarded via facsimile, on this 9th day of September, 2005, to the following:

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Mark T. Nugent, Esquire
Paul V. Sullivan, Esquire
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Peggy Medaglia

*IME notice.herskowitz.wpd*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. NO. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

**NOTICE OF EXAMINATION**

**Person to be examined:** **Maximus Wadensten**

**Examiner:** **Michael Yogman, M.D.**
**Developmental Behavioral Pediatrics**

**Location:** **575 Mount Auburn Street, Suite #202**
**Cambridge, MA 02138**

**Date & Time:** **5:30 p.m. - 6:30 p.m.**
**September 22, 2005**

**Examination to be performed:**

Dr. Yogman will be performing an examination of the minor plaintiff to assess his claims of disability and injury as a result of the head injury that is the subject of this litigation. Dr. Yogman will be focusing his assessment on plaintiff's claims of cognitive and developmental delays. Specific claimed injuries to be assessed include claims of right sided weakness and/or paralysis of the right side, including a clenched fist, sensitivity, difficulty walking, and difficulty and delay in speaking and interacting with others.

As part of the examination, Dr. Yogman requests the opportunity to interview Linda Wadensten, as this will assist in his evaluation of the minor plaintiff. Dr. Yogman will perform a routine physical examination of the minor plaintiff (height, weight, head circumference, physical inspection of body, etc.) and may request that a urine test be performed. Dr. Yogman will interact with the minor plaintiff to assess him by doing things such as playing with toys with the child. Dr. Yogman's examination will focus on clinical development. The examination will be non-invasive.

Respectfully submitted by:

Defendant,
South County Hospital
By its Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

Paul F. Galamaga
Jay M. Elias, Esquire (#3050)
Paul F. Galamaga, Esquire (#5803)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid and forwarded via facsimile, on this 9 day of September, 2005, to the following:

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Mark T. Nugent, Esquire
Paul V. Sullivan, Esquire
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Peggy Medaglia

*IME notice.yogman.wpd*