UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, Individually and<br>p.p.a. MAXIMUS WADENSTEN<br>Plaintiff,<br>v.<br><br>SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., D.O.;<br>TIMOTHY DRURY, M.D.<br>JOHN DOE, ALIAS; JANE DOE, ALIAS;<br>JOHN DOE CORPORATION, ALIAS<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-326S |

## NOTICE TO TAKE DEPOSITION

**DEPONENT:** Keeper of Records
Franciscan Children's Hospital
30 Warren Street
Brighton, Ma 02135

**PLACE:** DeLuca & Weizenbaum
Michael T. Eskey
199 North Main Street
Providence, RI 02903

**DATE:** October 6, 2005

**TIME :** 10:00 a.m.

Please take notice that Plaintiff will take the deposition of the above-named deponent on oral examination before a Notary Public of the State of Rhode Island, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at the law office of DeLuca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI 02903, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiff
By Attorneys,

Amato A. DeLuca (0531)
Miriam Weizenbaum (5182)
Michael T. Eskey (3035)
**DeLuca & Weizenbaum, Ltd.**
199 North Main Street
Providence, RI 02903
(401) 453-1500

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within to Jay Elias, Esq., Ratcliffe, Burke, Harten & Elias, LLP, 1600 Financial Plaza, Providence, RI 02903; Mark T. Nugent, Esq. and Paul V. Sullivan, Esq., Morrison, Mahoney, LLP, 121 South Main Street, Suite 600, Providence, RI 02903 on this 16 day of September, 2005.

Tina DeLaine

# ATTACHMENT "A"

All records including but not limited to

1. Neuropsychiartric testing. All raw data collected and interpreted results
2. Client history/intake record completed by Ms. Wadensten
3. Physical Therapy
4. Occupational Therapy
5. Speech Therapy
6. Billing records