**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. NO. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

**SECOND AMENDED NOTICE OF EXAMINATION**

**Person to be examined:** **Maximus Wadensten**

**Examiner:** **Michael Yogman, M.D.**
**Developmental Behavioral Pediatrics**

**Location:** **575 Mount Auburn Street, Suite #202**
**Cambridge, MA 02138**

**Date & Time:** **5:30 p.m. - 6:30 p.m. (approximate end time)**
**September 26, 2005**

**Examination to be performed:**

Dr. Yogman will be performing an examination of the minor plaintiff to assess his claims of disability and injury as a result of the head injury that is the subject of this litigation. Dr. Yogman will be focusing his assessment on plaintiff's claims of cognitive and developmental delays. Specific claimed injuries to be assessed include claims of right sided weakness and/or paralysis of the right side, including a clenched fist, sensitivity, difficulty walking, and difficulty and delay in speaking and interacting with others.

Dr. Yogman will perform a routine physical examination of the minor plaintiff (height, weight, head circumference, physical inspection of body, check lungs, heart, ears, throat, etc.). Dr. Yogman will interact with the minor plaintiff to assess him by doing things such as playing with toys with the child. Dr. Yogman's examination will focus on clinical development. The examination will be non-invasive. Dr. Yogman will be assessing the motor, social and cognitive elements of what he observes from Maximus Wadensten. Dr. Yogman's examination will include an assessment of reflexes and motor tone, including observation of the quality of movement. There is no specific testing "protocol" planned for Maximus Wadensten by Dr. Yogman.

The scope of Dr. Yogman's questioning of Linda Wadensten will be limited to questions regarding Maximus Wadensten's overall health condition, including questions regarding Maximus's physical and cognitive development. The questions can include questions regarding Maximus's condition and how it has changed over time. The questions may include questions regarding Maximus's condition at any time prior to and after the alleged injury, up to the present, with the exception of the time of the incident as discussed below. Dr. Yogman may inquire into Maximus's overall physical and mental health, including inquiry into Linda Wadensten's interactions with Maximus and any past and current limitations and difficulties of Maximus Wadensten.

Dr. Yogman will not inquire of Linda Wadensten regarding the events surrounding the incident, including how the injury happened, what happened before the first visit to South County Hospital, what happened during the two visits to South County Hospital, or what transpired between the two visits. Put simply, there will be no inquiry regarding the events of October 25, 2003. Dr. Yogman will not inquire regarding Linda Wadensten's personal life other than her interactions and dealings with her son Maximus.

Respectfully submitted by:

Defendant,
South County Hospital
By its Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

Jay M. Elias, Esquire (#3050)
Paul F. Galamaga, Esquire (#5803)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid and forwarded via facsimile, on this 22 day of September, 2005, to the following:

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Mark T. Nugent, Esquire
Paul V. Sullivan, Esquire
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

*IME notice.yogman.amended.2nd.wpd*