FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA WADENSTEN, Individually and :
p.p.a. MAXIMUS WADENSTEN :
Plaintiff, :
v. : C.A. No. 04-326S
:
SOUTH COUNTY HOSPITAL; :
PAMELA BURLINGAME, RNP; :
ROBERT J. CASCI, JR., D.O.; :
TIMOTHY DRURY, M.D. :
RHODE ISLAND EMERGENCY :
PHYSICIANS, INC.; :
JOHN DOE, ALIAS; JANE DOE, ALIAS;:
JOHN DOE CORPORATION, ALIAS :
Defendants. :

9/22/05. GRANTED. USDJ

**PLAINTIFF'S ASSENTED-TO REQUEST FOR ENLARGEMENT OF TIME TO SERVE AND FILE A RESPONSE AND SUPPORTING MEMORANDUM IN OPPOSITION TO DEFENDANT BURLINGAME'S OBJECTION TO MAGISTRATE JUDGE'S ORDER DATED AUGUST 30, 2005**

Now comes plaintiff Linda Wadensten and hereby moves pursuant to Fed. R. Civ. P. 6(b) and Local Rule 12(a)(2) to extend by four days plaintiff's time to serve and file a response and supporting memorandum in opposition to defendant Burlingame's objection to Magistrate-Judge Almond's order dated August 30, 2005. Defendant's objection concerns that part of the order which granted plaintiff's motion to compel the production of notes created by defendant Burlingame shortly after she treated Maximus Wadensten at South County Hospital. Among other things, plaintiffs claim that they sustained significant damages as a proximate result of defendant Burlingame's negligence in treating Max at that time. As grounds for the within request for brief enlargement, plaintiff states as follows:

1. Plaintiff's counsel has been involved in completing other matters currently pending before this and other courts and thus has not had sufficient time to research and draft a meaningful response to defendant's objection to the magistrate judge's order.

2. Plaintiff submits that she has a meritorious response in opposition to defendant Burlingame's objection to the magistrate judge's order.

3. This request for enlargement of time is made *before* the expiration of the time period for plaintiff's response.

4. Plaintiff seeks only a four-day extension of time within which to submit her response. Thus plaintiff requests enlargement from September 23, 2005, to on or before September 27, 2005.

5. The within motion is not interposed to prejudice defendants or to delay the Court's consideration of this matter, but for the exigencies described above.

6. Plaintiff's counsel has spoken with counsel for defendant Burlingame, who has given his assent to the Court's granting of the within motion.

WHEREFORE, plaintiff respectfully submits that the Court ought to issue an Order extending by four days (or up to and including September 27, 2005) plaintiff's time to serve and file responses and supporting memoranda of law, affidavits, and other papers or materials to defendants objection to the magistrate-judge's order dated August 30, 2005

Plaintiff,
By her Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____
William E. Smith, U.S. District Judge
Date: 9/21/05

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 21st day of September, 2005 by hand delivery:

Jay Elias, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Jennifer Houston