UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA WADENSTEN
Plaintiff

VS. CA:04-326S

SOUTH COUNTY HOSPITAL, ET AL
Defendant

**ORDER**

I hereby authorize Magistrate Judge Lincoln D. Almond to set the Scheduling Order for this case.

BY ORDER:

Karen Baldwell

DEPUTY CLERK

ENTER:

WmSm

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 9/28/05