UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN | : | |
| | : | |
| v. | : | C.A. No. 04-326S |
| | : | |
| SOUTH COUNTY HOSPITAL, | : | |
| et al. | : | |

**SCHEDULING ORDER**

On September 28, 2005, District Judge Smith delegated to this Court the task of setting the scheduling order for the remainder of this case. Judge Smith's initial Pretrial Order in this case (Docket No. 41) was issued on October 27, 2004 and amended on February 3, 2005. (Docket No. 64). It provided for closure of expert discovery by September 30, 2005 and this case to be trial ready in November, 2005. Because of the complexity of this medical malpractice case and the parties' consistent and continuing skirmishes regarding discovery, Judge Smith's initial schedule proved overly optimistic.

This Court has thoroughly reviewed the parties' respective scheduling proposals and the reasons proffered for those proposals. Plaintiff originally sought a January, 2006 trial ready date but later proposed March, 2006 as a "realistic compromise." The Hospital proposed a June, 2006 trial ready date and the remaining Defendants proposed September, 2006. Given the complexity of this case and the large number of anticipated experts, a schedule pointing towards a June, 2006 trial ready date is reasonable and attainable. This case is fifteen months old and likely will be approximately two years old when scheduled for a trial calendar call. Because of the age of this case and Plaintiff's expressed desire to obtain a "speedy resolution," this Court will recommend denial of any further

requests for extensions absent truly extraordinary and uncontrollable circumstances. This Court will issue a Second Amended Pretrial Order in accordance with this Order.

LINCOLN D. ALMOND
United States Magistrate Judge
October 25, 2005