**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., D.O.; TIMOTHY DRURY, M.D. RHODE ISLAND EMERGENCY PHYSICIANS, INC.; JOHN DOE, ALIAS; JANE DOE, ALIAS; JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants.** | : | |

**CERTIFICATE OF ATTORNEY**

I, Miriam Weizenbaum (#5182), hereby certify that pursuant to Rule 37(2) of the Federal Rules of Civil Procedure, I engaged in the following good faith efforts to confer with opposing counsel to resolve plaintiff's Motion to Compel More Responsive Answers to Interrogatory Nos. 21 and 22 from Defendant, Timothy Drury, M.D., filed with this Court on the 31st day of October, 2005:

| | |
|---|---|
| October 13, 2005 | Letter to Mark T. Nugent, Esq., attached, requesting updated answers to interrogatories. |
| October 18, 2005 | Letter to Mark T. Nugent, Esq., attached, requesting updated answers to interrogatories. |
| October 21, 2005 | Letter to Mark T. Nugent, Esq., attached, requesting updated answers to interrogatories. |
| October 21, 2005 | Phone message from Mark T. Nugent, Esq., advising he "does not have signatures on the interrogatories but are going to be getting them out relatively soon." |
| October 26, 2005 | Phone conversation with Mark T. Nugent, Esq. advising that one supplemental answer will not be provided until after the deposition of Ms. Weiss |
| October 26, 2005 | Letter to Mark T. Nugent, Esq., attached, with an offer to resolve the discovery dispute. |
| October 27, 2005 | Letter from Mark T. Nugent, attached, advising updated answers will not be provided by agreement until the conclusion of depositions of plaintiff's experts. |

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 31 day of October, 2005 by hand delivery

Jay M. Elias, Esq.
Paul F. Galamaga, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

[signature]