REC'D OCT 27 2005

**REYNOLDS, DeMARCO & BOLAND, LTD.**
Attorneys at Law
Suite 200, 170 Westminster Street
Providence, RI 02903-2196

Paul V. Reynolds
Anthony F. DeMarco
John M. Boland*
Mark T. Reynolds*
*Also admitted in Massachusetts

(401) 861-5522
Facsimile
(401) 331-4861
E-Mail
rdblaw@conversent.net
pvreynolds@conversent.net

October 26, 2005

Mark T. Nugent, Esquire
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Paul F. Galamaga, Esquire
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

**Re: Linda Wadensten P.P.A. Maximus Wadensten vs. South County Hospital, et als**
**Our File No.: 600-734**

Dear Mark and Paul:

On September 15, 2005, I wrote to you regarding my representation of Jennifer Weiss, a witness in the above-entitled matter, and scheduling the reconvening of her deposition. I have not heard from anyone. Would you please advise regarding a convenient date.

Very truly yours,

Paul V. Reynolds

PVR:ro

cc: Amato A. DeLuca, Esquire
DeLuca & Weizenbaum, Ltd
199 North Main Street
Providence, RI 02903