**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. NO. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., D.O.; JOHN DOE, ALIAS; JANE DOE, ALIAS; JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

**NOTICE OF INSPECTION**

Defendant South County Hospital hereby notifies all parties that the inspection of the Wadensten household, previously requested, will go forward on **November 10, 2005 at 2 pm.** In addition to the request previously filed pursuant to Rule 34(a), the following terms have been agreed to by the parties:

The inspection will occur at 48 Hannas Road, Charlestown, Rhode Island 02813, including the interior and exterior of all structures therein. Defendant will be inspecting, videotaping and photographing the premises. Defendant does not intend to inspect inside drawers or closets or under beds.

The inspection will also include the stroller the minor plaintiff was in immediately prior to the incident, the flashlight used by Linda Wadensten to inspect the child's eyes, and the two dogs present in the room at the time of the incident.

The defendant will also be inspecting the dog crates. Plaintiff will identify which of the two crates is the same one that was present on the date of the incident.

The inspection will be attended by a videographer/photographer and counsel for the defendant. Counsel for other parties are welcome to attend.

The inspection is limited to two hours.

DEFENDANT,
South County Hospital,

By Its Attorneys,
**RATCLIFFE BURKE HARTEN & ELIAS LLP**

Paul F. Galamaga

Jay M. Elias, Esquire (#3050)
Paul F. Galamaga, Esquire (#5803)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION**

I hereby certify that a true copy of the within was sent via regular mail and faxed on this 9th day of November 2005, to the following:

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Mark T. Nugent, Esquire
Paul V. Sullivan, Esquire
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Peggy Medeglia

*notice of inspection.wpd*