**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. NO. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

## NOTICE OF CONTINUED VIDEOTAPE DEPOSITION

***PLEASE TAKE NOTICE*** **that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant South County Hospital will videotape the following continued deposition:**

| | |
|---|---|
| **DEPONENT:** | **Jennifer Weiss** |
| **DATE:** | **November 18, 2005** |
| **TIME:** | **1:30 p.m.** |
| **LOCATION:** | **Ratcliffe Burke Harten & Elias, LLP<br>1600 Financial Plaza<br>Providence, RI 02903** |

Respectfully submitted by:

Defendant,
South County Hospital
By its Attorneys,
RATCLIFFE BURKE HARTEN & ELIAS, LLP

Paul F. Galamaga

Jay M. Elias, Esquire (#3050)
Paul F. Galamaga, Esquire (#5803)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid and forwarded via facsimile, on this 14 day of November, 2005, to the following:

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Mark T. Nugent, Esquire
Paul V. Sullivan, Esquire
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Paul V. Reynolds, Esquire
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

Peggy Medaglia

*Video Depo - Jennifer Weiss - continued*