RECEIVED
NOV 17 2005
Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. NO. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

**DEFENDANT SOUTH COUNTY HOSPITAL'S**
**<u>RESPONSE TO PLAINTIFF'S REQUEST FOR INSPECTION</u>**

Pursuant to Fed. R. Civ. P. 34 (b), defendant South County Hospital hereby responds to plaintiff's request for inspection of premises. Pursuant to agreement of the parties, the time and parameters of the inspection are as follows:

**Date: November 18, 2005**

**Time: 7:15 a.m.**

**Meeting Location: Main Entrance of South County Hospital**

**Parameters of inspection:**

- Plaintiffs will be inspecting the emergency department of South County Hospital as well as the CT area of the diagnostic imaging department, and the path taken to transport the minor plaintiff to diagnostic imaging. The inspection will be limited to areas material to the issues in this litigation.

- The inspection will be limited to one hour.

- No more than two representatives for the plaintiff may be present, in addition to one videographer/photographer.

- There will be no videotaping/photographing of any confidential and/or protected healthcare information. This includes no videotaping of content on computer screens, patient boards, etc.

- Counsel for the plaintiffs and South County Hospital will be provided copies of any videotape/digital recordings as well as photographs simultaneously. Counsel will identify any required editing of the recorded material due to confidential and/or protected health care information and other material in violation of this agreement that is inadvertently captured by the recorded material. Any required editing to eliminate confidential healthcare information, staff members and/or patients will be at plaintiff's expense. Once editing is completed, the original unedited tapes, digital recordings, photographs etc., and any copies thereof, will be provided to counsel for South County Hospital to maintain until the conclusion of the litigation.

- There will be no videotaping/photographing of any individuals at South County Hospital, including but not limited to staff of South County Hospital and patients.

- Representatives of the plaintiffs will have no discussions with South County Hospital personnel or representatives, other than counsel, during the inspection.

- Representatives of the plaintiffs will have no discussions with patients at South County Hospital during the inspection.

- South County Hospital may postpone the inspection at any time if there is a good faith reason for such postponement. In the event such postponement occurs, South County Hospital will identify a new proposed date for the inspection within five (5) days.

DEFENDANT,
South County Hospital,

By Its Attorneys,
**RATCLIFFE BURKE HARTEN & ELIAS LLP**

Jay M. Elias, Esquire (#3050)
Paul F. Galamaga, Esquire (#5803)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

## CERTIFICATION

I hereby certify that a true copy of the within was sent via regular mail and faxed on this 16th day of November 2005, to the following:

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Mark T. Nugent, Esquire
Paul V. Sullivan, Esquire
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

*notice.er inspection.wpd*