11/16/05: DENIED AS MOOT IN VIEW OF REPRESENTATIONS MADE IN HOSPITAL'S COUNSEL'S LETTER TO THE COURT DATED 10/13/05. USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JUN 22 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN**
**Plaintiff,**

**v.** **C.A. NO. 04-326S**

**SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., D.O.; JOHN DOE, ALIAS; JANE DOE, ALIAS; JOHN DOE CORPORATION, ALIAS**
**Defendants**

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date: 6/24/05

**DEFENDANT SOUTH COUNTY HOSPITAL'S MOTION FOR PROTECTIVE ORDER AS TO PLAINTIFF'S REQUEST FOR INSPECTION OF PREMISES OF DEFENDANT SOUTH COUNTY HOSPITAL**

Now comes defendant South County Hospital and, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, hereby seeks a protective order regarding plaintiff's request for inspection of premises of defendant South County Hospital's emergency department.

This defendant respectfully submits that the inspection should not go forward inasmuch as the inspection requested is harassing, unduly burdensome, oppressive, and will cause unnecessary embarrassment to the Defendant Hospital. In addition, in light of the highly confidential nature of an emergency department and the fact that there are at all times patients present in the emergency department, confidential healthcare information readily assessable and observable within the emergency department, as well as the fact that the inspection is not reasonably calculated to lead to



164