UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN
Plaintiffs,

v.

SOUTH COUNTY HOSPITAL;
PAMELA BURLINGAME, RNP;
ROBERT J. CASCI, JR., D.O.;
TIMOTHY DRURY, M.D.
RHODE ISLAND EMERGENCY PHYSICIANS, INC.;
JOHN DOE, ALIAS; JANE DOE, ALIAS;
JOHN DOE CORPORATION, ALIAS
Defendants.

C.A. No. 04-326S

FILED JUN 23 2005

11/16/05: DENIED AS MOOT IN VIEW OF REPRESENTATIONS MADE IN PLAINTIFF'S COUNSEL'S LETTER TO THE COURT DATED 11/10/05.
USMJ

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER WITH RESPECT TO DEFENDANT SOUTH COUNTY HOSPITAL'S AMENDED REQUEST FOR INSPECTION**

NOW COMES plaintiff Linda Wadensten and pursuant to Fed. R. Civ. P. 26(c), plaintiff respectfully moves this Honorable Court for a protective order prohibiting the hospital from inspecting areas of the Wadenstens' home, their pets, and other items within their home that have no relevance to any claim or defense of any party to this action.

As such, plaintiff's request that Court limit the scope of inspection of the Wadensten home and items contained therein as follows:

Referred to U.S.M.J. ALM
☐ for findings & recommendation
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 6/27/05



165