11/16/05: DENIED AS MOOT IN VIEW OF REPRESENTATIONS MADE IN PLAINTIFF'S COUNSEL'S LETTER TO THE COURT DATED 11/10/05.

COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED 2005 DISTRICT COURT DISTRICT OF RHODE ISLAND

LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN
Plaintiffs,

v. C.A. No. 04-326S

SOUTH COUNTY HOSPITAL;
PAMELA BURLINGAME, RNP;
ROBERT J. CASCI, JR., D.O.;
TIMOTHY DRURY, M.D.
RHODE ISLAND EMERGENCY PHYSICIANS, INC.;
JOHN DOE, ALIAS; JANE DOE, ALIAS;
JOHN DOE CORPORATION, ALIAS
Defendants.

## PLAINTIFF'S OBJECTION TO DEFENDANT SOUTH COUNTY HOSPITAL'S AMENDED REQUEST FOR INSPECTION AND MOTION FOR PROTECTIVE ORDER

NOW COMES plaintiff Linda Wadensten and hereby objects to those parts of defendant South County Hospital's amended request to inspect areas of the Wadenstens' home, their pets, and other items within their home that have no relevance to any claim or defense of any party to this action. Pursuant to Fed. R. Civ. P. 26(c), plaintiff respectfully moves this Honorable Court for a protective order prohibiting the hospital from inspecting areas of the Wadenstens' home, their pets, and other items within their home that have no relevance to any claim or defense of any party to this action.



Referred to U.S.M.J. ___
☐ for findings & recommendations
☐ for determination
☐ ___
William E. Smith, U.S. District Judge
Date: 2/25/08

206