11/16/05: DENIED AS MOOT IN VIEW OF REPRESENTATIONS MADE IN HOSPITAL'S COUNSEL'S LETTER TO THE COURT DATED 10/13/05.

USMJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN
Plaintiffs,

v.

C.A. No. 04-326S

SOUTH COUNTY HOSPITAL;
PAMELA BURLINGAME, RNP;
ROBERT J. CASCI, JR., D.O.;
TIMOTHY DRURY, M.D.
RHODE ISLAND EMERGENCY PHYSICIANS, INC.;
JOHN DOE, ALIAS; JANE DOE, ALIAS;
JOHN DOE CORPORATION, ALIAS
Defendants.

Referred to U.S.M.J. [signature]
☐ for findings & recommendations
☒ for determination
☐
William E. Smith, U.S. District Judge
Date: 7/6/05

FILED
JUL 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**PLAINTIFF'S MOTION TO COMPEL INSPECTION OF DEFENDANT SOUTH COUNTY HOSPITAL'S EMERGENCY DEPARTMENT IN ACCORDANCE WITH PLAINTIFF'S REQUEST FOR INSPECTION**

NOW COMES plaintiff Linda Wadensten and hereby moves pursuant to Rule 37(a)(2)(B) for an Order of this Honorable Court compelling defendant South County Hospital to permit the inspection of its emergency department as requested by plaintiff on June 7, 2005. The parties agreed that defendant's time to respond would be shortened to June 22, 2005. While defendant filed a motion for protective order (to which plaintiff objected), the hospital has not responded that the inspection will be permitted as requested.

The undersigned hereby certifies that counsel have conferred in an attempt to resolve this matter without court intervention; however, as the filing of the defendant's motion for protective order shows, the matter could not be so resolved.

WHEREFORE, plaintiff respectfully submits that the Court ought to grant her motion and enter an order compelling the defendant hospital to permit the inspection of its emergency department as requested by plaintiff



76