**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and**<br>**p.p.a. MAXIMUS WADENSTEN**<br>**Plaintiff,**<br>**v.**<br><br>**SOUTH COUNTY HOSPITAL;**<br>**PAMELA BURLINGAME, RNP;**<br>**ROBERT J. CASCI, JR., D.O.;**<br>**TIMOTHY DRURY, M.D.**<br>**RHODE ISLAND EMERGENCY**<br>**PHYSICIANS, INC.;**<br>**JOHN DOE, ALIAS; JANE DOE, ALIAS;**<br>**JOHN DOE CORPORATION, ALIAS**<br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. No. 04-326S** |

**PLAINTIFFS' NOTICE OF VIDEO INSPECTION OF THE EMERGENCY DEPARTMENT AT SOUTH COUNTY HOSPITAL**

**INSPECTION: South County Hospital Emergency Department**
**DATE & TIME: November 18, 2005 at 7:15 a.m.**

Please take notice that Plaintiff will perform the video inspection of the Emergency Department of South County Hospital on November 18, 2005 at 7:15 a.m. at which time and place you are notified to appear and take such part in said inspection as you may be advised and as shall be fit and proper.

Plaintiff,
By her attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 17 day of November, 2005 by fax + hand delivery

Paul Galamaga, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Ultima Photo
51 Lowell Street
West Warwick, RI 02893