UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL, et al** | : | |
| **Defendants.** | : | |

## NOTICE OF DEPOSITION

**DEPONENT: KEEPER OF RECORDS, Meeting Street School**
**PLACE: DeLuca & Weizenbaum Ltd., 199 North Main Street, Providence, RI**
**DATE: December 9, 2005 TIME: 10:00 a.m.**

Please take notice that Petitioner will take the deposition of the above-named deponent upon oral examination before a Notary Public of the State of Rhode Island, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at the law office of Miriam Weizenbaum, Esq., DeLuca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper. **Deponent is further required to bring with you the documents listed in Attachment A.**

**Deponent need not appear if the documents requested in Attachment A are provided to Deluca & Weizenbaum, Ltd, 199 North Main Street, Providence, RI 02903, along with the completed Affidavit, on or before December 5, 2005.**

Plaintiffs,
By their Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

# CERTIFICATION

I hereby certify that I mailed a true and accurate copy of the within to Jay Elias, Esq., Ratcliffe, Burke, Harten & Elias, LLP, 1600 Financial Plaza, Providence, RI 02903; Mark T. Nugent, Esq. and Paul V. Sullivan, Esq., Morrison, Mahoney, LLP, 121 South Main Street, Suite 600, Providence, RI 02903 on this 18th day of November 2005.

Tina DeLaine

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **TIMOTHY DRURY, M.D.** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants.** | : | |

**NOTICE TO TAKE DEPOSITION**

**DEPONENT: Keeper of Records**
**VNS Home Health Services**
**14 Woodruff Avenue**
**Narragansett, RI 02882**

**PLACE: DeLuca & Weizenbaum**
**Michael T. Eskey**
**199 North Main Street**
**Providence, RI 02903**

**DATE: December 9, 2005**

**TIME : 10:00 a.m.**

Please take notice that Plaintiff will take the deposition of the above-named deponent on oral examination before a Notary Public of the State of Rhode Island, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at the law office of DeLuca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI 02903, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiff
By Attorneys,

Amato A. DeLuca (0531)
Miriam Weizenbaum (5182)
Michael T. Eskey (3035)
**DeLuca & Weizenbaum, Ltd.**
199 North Main Street
Providence, RI 02903
(401) 453-1500

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within to Jay Elias, Esq., Ratcliffe, Burke, Harten & Elias, LLP, 1600 Financial Plaza, Providence, RI 02903; Mark T. Nugent, Esq. and Paul V. Sullivan, Esq., Morrison, Mahoney, LLP, 121 South Main Street, Suite 600, Providence, RI 02903 on this 18th day of November, 2005.

Tina DeLaine

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN<br>Plaintiff, | : | |
| v. | : | C.A. No. 04-326S |
| SOUTH COUNTY HOSPITAL, et al<br>Defendants. | : | |

## NOTICE OF DEPOSITION

**DEPONENT:** **KEEPER OF RADIOLOGY FILMS, Rhode Island Hospital**
**PLACE:** **DeLuca & Weizenbaum Ltd., 199 North Main Street, Providence, RI**
**DATE:** **December** 9, 2005 **TIME: 10:00 a.m.**

Please take notice that Petitioner will take the deposition of the above-named deponent upon oral examination before a Notary Public of the State of Rhode Island, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at the law office of Miriam Weizenbaum, Esq., DeLuca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper. **Deponent is further required to bring with you the documents listed in Attachment A.**

**Deponent need not appear if the documents requested in Attachment A are provided to Deluca & Weizenbaum, Ltd, 199 North Main Street, Providence, RI 02903, along with the completed Affidavit, on or before December 5, 2005.**

Plaintiffs,
By their Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within to Jay Elias, Esq., Ratcliffe, Burke, Harten & Elias, LLP, 1600 Financial Plaza, Providence, RI 02903; Mark T. Nugent, Esq. and Paul V. Sullivan, Esq., Morrison, Mahoney, LLP, 121 South Main Street, Suite 600, Providence, RI 02903 on this 11 day of November 2005.

Tina DeLuise