**ATTACHMENT "A"**

1. Complete copy of any and all updated medical records concerning
**Maximus Wadensten DOB: 3/8/03 for the time period 5/1/04 to the present**

2. **All BILLING STATEMENTS**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **TIMOTHY DRURY, M.D.** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants.** | : | |

## NOTICE TO TAKE DEPOSITION

**DEPONENT:** **Keeper of Records**
**VNS Home Health Services**
**14 Woodruff Avenue**
**Narragansett, RI 02882**

**PLACE:** **DeLuca & Weizenbaum**
**Michael T. Eskey**
**199 North Main Street**
**Providence, RI 02903**

**DATE:** **December 9, 2005**

**TIME :** **10:00 a.m.**

Please take notice that Plaintiff will take the deposition of the above-named deponent on oral examination before a Notary Public of the State of Rhode Island, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at the law office of DeLuca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI 02903, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiff
By Attorneys,

Amato A. DeLuca (0531)
Miriam Weizenbaum (5182)
Michael T. Eskey (3035)
**DeLuca & Weizenbaum, Ltd.**
199 North Main Street
Providence, RI 02903
(401) 453-1500

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within to Jay Elias, Esq., Ratcliffe, Burke, Harten & Elias, LLP, 1600 Financial Plaza, Providence, RI 02903; Mark T. Nugent, Esq. and Paul V. Sullivan, Esq., Morrison, Mahoney, LLP, 121 South Main Street, Suite 600, Providence, RI 02903 on this 18th day of November, 2005.

Tina DeLaire