**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN** Plaintiff, | : | |
| v. | : | **C.A. NO. 04-326S** |
| **SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., D.O.; JOHN DOE, ALIAS; JANE DOE, ALIAS; JOHN DOE CORPORATION, ALIAS** Defendants | : | |

**DEFENDANT SOUTH COUNTY HOSPITAL'S**
**MOTION TO ENLARGE PAGE LIMIT**
**FOR MEMORANDUM OF LAW**
**IN SUPPORT OF MOTION TO SEAL RECORDS**

Now comes South County Hospital, in accordance with Amended General Order #2002-01, and respectfully moves this Honorable Court for permission to file exhibits in excess of five pages in support of this defendant's Memorandum of Law in support of its motion to seal records.

As grounds therefore, defendant South County Hospital states that the attached exhibits are an integral and necessary part of the underlying Motion and supporting Memorandum of Law.

WHEREFORE, South County Hospital respectfully requests that this Court grant its motion to enlarge page limit.

1

GRANTED
WmM
William E. Smith
U.S. District Judge
12/8/05