UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA WADENSTEN, Individually
and p.p.a. MAXIMUS WADESTEN

VS. C.A. NO. 04-3265

SOUTH COUNTY HOSPITAL;
PAMELA BURLINGAME, RNP;
ROBERT J. CASCI, JR., D.O.;
TIMOTHY DRURY, M.D.;
RHODE ISLAND EMERGENCY
PHYSICIANS, INC.; JOHN DOE,
alias; JANE DOE, alias; JOHN DOE
CORPORATION, alias

**ENTRY OF APPEARANCE**

Michael G. Sarli hereby enters his appearance on behalf of Defendant, Robert J. Casci, Jr., D.O. in the above-captioned matter.

Robert J. Casci, Jr., D.O.
By his attorneys,

Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, Rhode Island 02903
(401) 274-6644
Fax: 331-9304

**CERTIFICATE OF SERVICE**

Amato A. DeLuca, Esq.
DELUCA & WEIZENBAUM
199 North Main Street
Providence, RI 02903

Mark T. Nugent, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Paul F. Galamaga, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

I hereby certify that I forwarded a copy of the foregoing to the above-reference counsel of record via deposit in the United States mail, postage prepaid/hand-delivery on this 13th of December, 2005.

Charlene Perry