UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, individually and p.p.a. Maximus Wadensten<br>*Plaintiff* | : | |
| vs. | : | C.A. No.: 04-0326 S |
| SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., DO; TIMOTHY DRURY, MD; RHODE ISLAND EMERGENCY PHYSICIANS, INC.; JOHN DOE, Alias; JANE DOE, Alias; and JOHN DOE CORPORATION,<br>*Defendants* | : | |

**WITHDRAWAL OF APPEARNCE**
**(as to Robert Casci, DO, only)**

Attorneys Mark T. Nugent and Paul V. Sullivan hereby withdraw their appearance as to defendant Robert Casci, DO, only.

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 14th day of December, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Counsel for Plaintiff
Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Counsel for Co-Defendant Hospital
Jay M. Elias, Esq.
Paul Galamaga, Esq.
Ratcliffe, Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

Counsel for Co-Defendant Robert Casci, DO
Michael G. Sarli, Esq.
Gidley, Sarli and Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

Christine M Montgomery



603748v1