FILED
DEC 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. NO. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

**DEFENDANT SOUTH COUNTY HOSPITAL'S**
**MOTION TO SEAL**
**ITS PREVIOUSLY SUBMITTED MOTION AND MEMORANDUM TO SEAL**
**RECORDS OF THE RHODE ISLAND DEPARTMENT OF HEALTH**

Now comes defendant, South County Hospital, and, pursuant to Amended General Order #2002-01, hereby seeks to place under permanent seal the Motion and Memorandum portions of its previously submitted Motion to Seal Records of the Rhode Island Department of Health.[1]

In the recently filed Motion to Seal Records of the Rhode Island Department of Health and accompanying memorandum, defendant, South County Hospital, stated that certain records of the Rhode Island Department of Health regarding South County Hospital were improperly obtained by plaintiff's counsel, and, as a result, should be sealed and protected from further disclosure. South County Hospital now seeks to have that Motion and its supporting Memorandum sealed, inasmuch

1 Defendant is not seeking to seal the underlying documents in this motion, as that is already contemplated and dealt with in the underlying motion and memorandum of law.

as the Rhode Island Department of Health documents at issue are highly sensitive, confidential, and protected from disclosure. Accordingly, the related pleadings should also be considered highly confidential and should properly be placed under seal by this Court.

WHEREFORE, defendant, South County Hospital, respectfully requests that this Honorable Court issue an order stating that the Motion and Memorandum portions of its Motion to Seal Records of the Rhode Island Department of Health be permanently sealed. A proposed Order is attached hereto.

In further support of this motion, South County Hospital submits the accompanying Memorandum of Law.

Respectfully submitted by:
Defendant,
**South County Hospital**
By its Attorneys,
**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

Jay M. Elias, Esquire (#3050)
Paul F. Galamaga, Esquire (#5803)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 30th day of December, 2005, to the following:

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Mark T. Nugent, Esquire
Paul V. Sullivan, Esquire
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Kathleen A Tucker

motiontosealmotion.seal records from RIDOH.wpd

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN**<br>**Plaintiff,**<br>**v.**<br><br>**SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., D.O.; JOHN DOE, ALIAS; JANE DOE, ALIAS; JOHN DOE CORPORATION, ALIAS**<br>**Defendants** | : | **C.A. NO. 04-326S** |

**PROPOSED ORDER**

Defendant South County Hospital's **Motion to Seal its Previously Submitted Motion and Memorandum to Seal Records of the Rhode Island Department of Health** is now before the Honorable Magistrate Lincoln Almond. After consideration thereof, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. Defendant South County Hospital's Motion is hereby GRANTED;

2. All of the Motions and Memoranda pertaining to defendant South County Hospital's Motion to Seal the Records of the Rhode Island Department of Health shall be placed under permanent seal by this Court.

ENTER: PER ORDER:

______________________ ______________________

Date: ______________________

Prepared by:

Jay M. Elias, Esquire (#3050)
Paul F. Galamaga, Esquire (#5803)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN** Plaintiff, | : | |
| v. | : | **C.A. NO. 04-326S** |
| **SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., D.O.; JOHN DOE, ALIAS; JANE DOE, ALIAS; JOHN DOE CORPORATION, ALIAS** Defendants | : | |

**DEFENDANT SOUTH COUNTY HOSPITAL'S MEMORANDUM IN SUPPORT OF MOTION TO SEAL ITS PREVIOUSLY SUBMITTED MOTION AND MEMORANDUM TO SEAL RECORDS OF THE RHODE ISLAND DEPARTMENT OF HEALTH**

Now comes defendant, South County Hospital, and hereby submits this Memorandum in support of its Motion to Seal the Motion and Memorandum portions of its Motion to Seal Records of the Rhode Island Department of Health.

In support of the instant motion, South County Hospital states that its recently submitted Motion to Seal Records of the Rhode Island Department of Health and accompanying Memorandum contain discussion of confidential and sensitive documents regarding the Hospital which is protected from public and third party disclosure.

Plaintiff issued a subpoena in this case to the Rhode Island Department of Health seeking, among other documents, reports of accrediting organizations regarding South County Hospital, all records concerning inspections and investigations conducted by the Department of Health including

interviews and all other communications with hospital staff, all documents reviewed by the Department of Health in the course of any investigation, and all records concerning so-called reportable events. There was absolutely no mention in the subpoena of the care and treatment rendered to Maximus Wadensten, and the subpoena was breathtaking for its broad scope. Plaintiff sought data from the Department of Health as to every single incident of investigation of every kind involving South County Hospital over a period of five years, regardless of the applicability of that data to the instant case.

South County Hospital submits that Rhode Island General Laws Sections 23-17-40 and 23-17-25 clearly protect many of the records sought by plaintiff from disclosure, and as more fully set forth in this defendant's Memorandum of Law in support of its Motion to Seal, plaintiff's counsel improperly obtained documents from the Department of Health while the Hospital's Motion for a Protective Order as to the underlying subpoena was still under consideration by this Court. Those records, as well as all references to those records contained in this defendant's Motion to Seal and Memorandum in support of Motion to Seal, should be placed under permanent seal and protected from further inappropriate disclosure.

Hence, in the interest of fairness and justice, and because the documents sought are **not** public documents subject to disclosure to third parties, these pleadings should similarly be placed under seal along with the underlying Department of Health documents which are the subject of the underlying Motion to Seal.

WHEREFORE, defendant South County Hospital respectfully requests that this Honorable Court issue an Order stating that its Motion and Memorandum to Motion to Seal Records of the Rhode Island Department of Health be permanently sealed.

Respectfully submitted by:
Defendant,
**South County Hospital**
By its Attorneys,
**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

Jay M. Elias, Esquire (#3050)
Paul F. Galamaga, Esquire (#5803)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 30th day of December, 2005, to the following:

Amato A. DeLuca, Esquire
Miriam Weizenbaum, Esquire
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Mark T. Nugent, Esquire
Paul V. Sullivan, Esquire
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

*memorandumin supportof.motion to seal motion.seal records from RIDOH*