**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. NO. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., D.O.; JOHN DOE, ALIAS; JANE DOE, ALIAS; JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

**[redacted] ORDER**

Defendant South County Hospital's **Motion to Seal its Previously Submitted Motion and Memorandum to Seal Records of the Rhode Island Department of Health** is now before the Honorable Magistrate Lincoln Almond. After consideration thereof, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. Defendant South County Hospital's Motion is hereby GRANTED;

2. All of the Motions and Memoranda pertaining to defendant South County Hospital's Motion to Seal the Records of the Rhode Island Department of Health shall be placed under ~~permanent~~ seal ~~by this Court~~. UNTIL FURTHER ORDER OF THIS COURT.

ENTER:

[signature]
USMJ

Date: 1/4/06

PER ORDER:

[signature]

Prepared by:

Jay M. Elias, Esquire (#3050)
Paul F. Galamaga, Esquire (#5803)
1600 Financial Plaza
Providence, RI 02903
401.331.3400
401.331.3440 [Fax]