REC'D JAN 09 2006

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

LINDA WADENSTEIN, Ind. and p.p.a.
MAXIMUS WADENSTEN
V.

SOUTH COUNTY HOSPITAL ETAL

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-326S

TO: Keeper of Records Karameh Hawash, MD, Center for Special Children 593 Eddy St., Ste. 342, Providence, RI

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment "A"

| PLACE | DATE AND TIME |
|---|---|
| DeLuca & Wezienbaum, 199 N. Main Street, Providence, RI 02903 | 1-25-06 at 10:00a.m |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | January 5, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Michael T. Eskey, DeLuca & Weizenbaum, Ltd. 199 N. Main Street Providence RI 02903

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

REC'D JAN 09 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN**<br>**Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-326S** |
| **SOUTH COUNTY HOSPITAL;**<br>**PAMELA BURLINGAME, RNP;**<br>**ROBERT J. CASCI, JR., D.O.;**<br>**TIMOTHY DRURY, M.D.**<br>**JOHN DOE, ALIAS; JANE DOE, ALIAS;**<br>**JOHN DOE CORPORATION, ALIAS**<br>**Defendants.** | : | |

**TO: Keeper of Records, Lauren Noel, MD, 46 Holley Street, Suite 2, Wakefield, RI 02879**

[ ] YOU ARE HEREBY COMMANDED to appear before the ______ on ____ at ___________ to testify in the above entitled action and bring with you:

| | |
|---|---|
| LOCATION OF COURT | COURTROOM # |
| DATE | TIME |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above-entitled action and to bring with you the records listed in Attachment A.

LOCATION OF DEPOSITION: DATE AND TIME:

**[X] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): SEE Attachment A.**

**DOCUMENTS/OBJECTS: SEE ATTACHMENT A**

**LOCATION: 199 North Main Street, Providence, RI 02903**

**DATE: January 25, 2006**

**TIME: 10:00 A.M.**

[ ] YOU ARE COMMANDED to permit inspection of the following premises

time specified below.

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. (Superior Court Rule of Civil Procedure, 30(b6).

[signature] 1-5-06

ISSUING OFFICER SIGNATURE DATE

ATTORNEY FOR: [ X ] Plaintiff [ ] Defendant

Michael Eskey

ISSUING OFFICER'S NAME (Printed/Typed)

199 North Main St., Providence, RI 02903 .

STREET CITY/TOWN STATE ZIP

PROOF OF SERVICE

1-6-06 46 Holly ST. Suite 2, Wakefield, RI

DATE PLACE

SERVED

Karen Blaney In hand

SERVED ON (Printed Name) MANNER OF SERVICE

Richard J. Davis Disinterested Party

SERVED BY (PRINT NAME) TITLE

**DECLARATION OF SERVER**

I declare under penalty of perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1-6-06

DATE

[signature]

SIGNATURE OF SERVER

P.O Box 1474 Coventry, RI 02816

ADDRESS OF SERVER

X Karen Blaney KAREN BLANEY 1/6/06

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 1-6-06 | 593 EDDY ST. PROV. R.I. |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| C MEDICAL RECORDS - R.I. HOSP. MARY ANN BARROS | IN HAND |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| RICHARD J. DAVIS | DISINTERESTED PARTY |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1-6-06
DATE

[signature]
SIGNATURE OF SERVER

P.O. Box 1474
ADDRESS OF SERVER
COVENTRY. R.I 02816

Mary Ann Barros 1-6-06

RECD JAN 09 2006 3rd FL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**LINDA WADENSTEN, Individually and :**
**p.p.a. MAXIMUS WADENSTEN :**
**Plaintiff, :**
**v. : C.A. No. 04-326S**
**:**
**SOUTH COUNTY HOSPITAL; :**
**PAMELA BURLINGAME, RNP; :**
**ROBERT J. CASCI, JR., D.O.; :**
**TIMOTHY DRURY, M.D. :**
**JOHN DOE, ALIAS; JANE DOE, ALIAS; :**
**JOHN DOE CORPORATION, ALIAS :**
**Defendants. :**

**TO: Keeper of Radiology Films, Rhode Island Hospital, 593 Eddy Street Providence RI 02903** 3RD FL

[ ] YOU ARE HEREBY COMMANDED to appear before the ______ on _____ at ____________ to testify in the above entitled action and bring with you:

LOCATION OF COURT | COURTROOM #

DATE | TIME

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above-entitled action and to bring with you the records listed in Attachment A.

LOCATION OF DEPOSITION: DATE AND TIME:

**[X] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): SEE Attachment A.**

**DOCUMENTS/OBJECTS: SEE ATTACHMENT A**

**LOCATION: 199 North Main Street Providence, RI 02903**

**DATE: January 25, 2006**

**TIME: 10:00 A.M.**

[ ] YOU ARE COMMANDED to permit inspection of the following premises

time specified below.

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. (Superior Court Rule of Civil Procedure, 30(b6).

ISSUING OFFICER SIGNATURE — 1-5-06 DATE

ATTORNEY FOR: [ X ] Plaintiff [ ] Defendant

Michael T. Eskey
ISSUING OFFICER'S NAME (Printed/Typed)

199 North Main St., Providence, RI 02903 .
STREET CITY/TOWN STATE ZIP

PROOF OF SERVICE

1-6-06
DATE PLACE

SERVED

Janis Testut — In Hand
SERVED ON (Printed Name) — MANNER OF SERVICE

Richard J. Davis — Dis interested Party
SERVED BY (PRINT NAME) — TITLE

**DECLARATION OF SERVER**

I declare under penalty of perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1-6-06
DATE

SIGNATURE OF SERVER

PO Box 1474 Coventry, RI 02816
ADDRESS OF SERVER

X Janis Testut
(Janis Testut)
1/6/06