A

REC'D JAN 0 5 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN** **Plaintiff,** | : | |
| **v.** | : | **C.A. NO. 04-326S** |
| **SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., D.O.; JOHN DOE, ALIAS; JANE DOE, ALIAS; JOHN DOE CORPORATION, ALIAS** **Defendants** | : | |

**[redacted] <u>ORDER</u>**

Defendant South County Hospital's **Motion to Seal its Previously Submitted Motion and Memorandum to Seal Records of the Rhode Island Department of Health** is now before the Honorable Magistrate Lincoln Almond. After consideration thereof, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. Defendant South County Hospital's Motion is hereby <u>GRANTED</u>;

2. All of the Motions and Memoranda pertaining to defendant South County Hospital's Motion to Seal the Records of the Rhode Island Department of Health shall be placed under [redacted] seal ~~by this Court~~. UNTIL FURTHER ORDER OF THIS COURT.

ENTER:

USMJ

Date: 1/4/06

PER ORDER: