REC'D DEC 27

District of Rhode Island
Property of U.S. District Court
JAN 17 2006
RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA WADENSTEN, Individually
and p.p.a. MAXIMUS WADESTEN

VS.

C.A. No. 04-3265

SOUTH COUNTY HOSPITAL;
PAMELA BURLINGAME, RNP;
ROBERT J. CASCI, JR., D.O.;
TIMOTHY DRURY, M.D.;
RHODE ISLAND EMERGENCY
PHYSICIANS, INC.; JOHN DOE,
alias; JANE DOE, alias; JOHN DOE
CORPORATION, alias

**DISMISSAL STIPULATION**

All claims as against Defendant, Robert J. Casci, Jr., D.O., in the above-captioned matter are dismissed with prejudice; no costs to award, all rights of appeal are waived.

Plaintiffs,
By their attorneys,

Amato A. DeLuca #0531
DELUCA & WEIZENBAUM
199 North Main Street
Providence, Rhode Island 02903
(401) 453-1500
Fax: 453-1501

Robert J. Casci, Jr., D.O.
By his attorneys,

Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, Rhode Island 02903
(401) 274-6644
Fax: 331-9304

ENTER WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 1/18/06

SCANNED

Pamela Burlingame, RNP
Timothy Drury, M.D.
Rhode Island Emergency Physicians, Inc.
By their attorneys,

Mark T. Nugent #
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, Rhode Island 02903
(401)331-4660
Fax. 351-4420

South County Hospital
By its attorneys,

Paul F. Galamaga/Jay M. Elias #3050
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, Rhode Island 02903
(401) 331-3400
Fax. 331-3440

**CERTIFICATE OF SERVICE**

Amato A. DeLuca, Esq.
DELUCA & WEIZENBAUM
199 North Main Street
Providence, RI 02903

Mark T. Nugent, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Paul F. Galamaga, Esq./Jay M. Elias, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

I hereby certify that I forwarded a copy of the foregoing to the above-reference counsel of record via deposit in the United States mail, postage prepaid/hand-delivery on this 9th of January, ~~2005~~ 2006.