RBHE
Ratcliffe Burke Harten & Elias LLP
ATTORNEYS AT LAW

January 24, 2006

United States Magistrate Lincoln D. Almond
United States District Court, District of Rhode Island
Two Exchange Terrace
John O. Pastore Building
Providence, RI 02903

***Via Facsimile Only***

**RE: Wadensten v. South County Hospital, et al**
**C.A. No. 04-326S**

Dear Magistrate Almond:

As you may recall, at the January 13, 2006 hearing on defendant's Motion to Seal, you directed the defense to provide you with a memorandum outlining what documents plaintiffs obtained from the Department of Health that are not public records. At that time, we indicated we could provide you this information in two weeks, by January 27, 2006.

Since that hearing, we have spent a tremendous amount of time preparing for and participating in a mediation of this case, which went forward yesterday with Attorney Dennis McCarten as the mediator. Unfortunately, the case was not resolved at the mediation. Looking forward, we have expert depositions in this case this Thursday in Washington D.C., this Friday in Gardner Massachusetts, and next Monday in Ohio.

Given this schedule, we are requesting an additional week, up to February 3, 2006, within which to provide you with the supplemental memorandum.

We thank you in advance for your consideration of our request.

Sincerely,

Paul F. Galamaga

Jay M. Elias
Paul F. Galamaga

cc: Counsel of record

1/24/06: GRANTED. DEFENDANT'S SUBMISSION DUE BY 2/3/06. PLAINTIFF MAY REPLY BY 2/17/06.
LDA
USMJ

1600 FINANCIAL PLAZA, PROVIDENCE, RHODE ISLAND 02903
TELEPHONE: 401-331-3400 FAX: 401-331-3440
WEB SITE: www.rbhelaw.com