UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, individually and p.p.a. Maximus Wadensten *Plaintiff* | : | |
| vs. | : | C.A. No.: 04-0326 S |
| SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., DO; TIMOTHY DRURY, MD; RHODE ISLAND EMERGENCY PHYSICIANS, INC.; JOHN DOE, Alias; JANE DOE, Alias; and JOHN DOE CORPORATION, Alias *Defendants* | : | |

**AMENDED NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| **DEPONENT:** | **Steven M. Selbst, MD** |
| **DATE:** | **February 3, 2006** |
| **TIME:** | **11:00 AM** |
| **LOCATION:** | **Royal Court Reporting Service, Inc.****<br>**230 South 15th Street, 6th Floor**<br>**Philadelphia, PA 19102** |

DEPONENT IS TO BRING WITH HIM TO THE DEPOSITION A COPY OF HIS CURRICULUM VITAE ALONG WITH ALL MATERIALS REVIEWED OR RELIED UPON IN RENDERING HIS OPINION AND ALL NOTES, MEMORANDA OR MATERIALS PREPARED BY THE DEPONENT.

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Defendant Pamela Burlingame, RNP, will take the deposition of the above-named individual upon oral examination, which examination will continue from day to day until completed, and will begin at the above-specified time on the above-mentioned date, at the offices of Steven M. Selbst, MD, DuPont Hospital for Children, 1600 Rockland Road, Wilmington, Delaware, before a Notary Public duly

commissioned in the State of Pennsylvania, or before some other officer authorized to administer oaths. The deposition will be recorded by stenographic means.

You are invited to attend and cross-examine.

**** CHANGE ONLY MADE IN LOCATION OF DEPOSITION***

PAMELA BURLINGAME, RNP

By her Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 31st day of January, 2006 a true copy of the foregoing was faxed and/or emailed and mailed, postage pre-paid, to:

Counsel for Plaintiff
Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Counsel for Co-Defendant Hospital
Jay M. Elias, Esq.
Paul Galamaga, Esq.
Ratcliffe, Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

Christine M [signature]