**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff** | : | |
| **v.** | : | **C.A. No. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **TIMOTHY DRURY, M.D.** | : | |
| **RHODE ISLAND EMERGENCY** | : | |
| **PHYSICIANS, INC.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

**PLAINTIFF'S AMENDED NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Robert A. Bitterman, M.D.**
**DATE & TIME:** **March 17, 2006 at 9:30 a.m.**
**PLACE:** **4500 Swing Lane**
**Charlotte, NC 28226**

Please take notice that Petitioner will take the deposition by stenographic means of the above-named deponent upon oral examination before a Notary Public of the State of North Carolina, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at 4500 Swing Lane, Charlotte, NC 28226, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Deponent is to bring the following:

1. **Any and all materials reviewed in the development of his expert opinion;**
2. **Any reports, notes or writings generated as a result of being retained as an expert witness and his review of materials sent to him;**
3. **A current Curriculum Vitae.**

Plaintiff,
By her attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

****This notice supersedes the previously scheduled deposition of March 10, 2006****

## CERTIFICATION

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 7th day of February 2006 by hand delivery:

Jay M. Elias, Esq.
Paul F. Galamaga, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Esquire Deposition Services
10 Weybosset Street
Suite 402
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff** | : | |
| **v.** | : | **C.A. No. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; TIMOTHY DRURY, M.D. RHODE ISLAND EMERGENCY PHYSICIANS, INC.; JOHN DOE, ALIAS; JANE DOE, ALIAS; JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

**<u>PLAINTIFF'S AMENDED NOTICE TO TAKE DEPOSITION</u>**

**DEPONENT:** **Robert Allan Shapiro, M.D.**
**DATE & TIME:** **March 30, 2006 at 12:00 p.m.**
**PLACE:** **Children's Hospital Medical Center**
**3333 Burnet Avenue**
**Cincinnati, OH 45229**

Please take notice that Petitioner will take the deposition by stenographic means of the above-named deponent upon oral examination before a Notary Public of the State of Ohio, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at the Children's Hospital Medical Center, 3333 Burnet Avenue, Cincinnati, OH, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Deponent is to bring the following:

1. **Any and all materials reviewed in the development of his expert opinion;**
2. **Any reports, notes or writings generated as a result of being retained as an expert witness and his review of materials sent to him;**
3. **A current Curriculum Vitae.**

Plaintiff,
By her attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

****This notice supersedes the previously scheduled deposition of March 17, 2006****

## CERTIFICATION

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 7th day of February 2006 by hand delivery:

Jay M. Elias, Esq.
Paul F. Galamaga, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Esquire Deposition Services
10 Weybosset Street
Suite 402
Providence, RI 02903