RECEIVED

FEB 10 2006

Property of U.S. District Court
District of Rhode Island

DeLuca & Weizenbaum, Ltd.

Attorneys at Law

199 North Main Street
Providence RI 02903
phone: 401. 453. 1500
fax: 401. 453. 1501
firm@delucaandweizenbaum.com

Amato A. DeLuca*
Miriam Weizenbaum**
Michael T. Eskey

Ann M. Pinheiro, RN

*also Member of Massachusetts Bar
**also Member of Pennsylvania Bar

2/13/06: GRANTED. RESPONSE DUE 3/3/06.

February 10, 2006

VIA HAND DELIVERY

United States District Court
District of Rhode Island
**United States Magistrate Lincoln D. Almond**
Two Exchange Terrace
John O. Pastore Building
Providence, RI 02903

RE: *Linda Wadensten, Individually and as p.p.a. Maximus Wadensten, a minor vs. South County Hospital; Pamela Burlingame, RNP; Robert J. Casci, Jr., D.O.; Timothy Drury, M.D.; Jane and John Doe, M.D.; and John Doe Corporation*

Dear Judge Almond:

I am writing to requesting additional time, up to and including March 3, 2006, in which to respond to defendant South County Hospital's Supplemental Memorandum of Law in Support of its Motion to Seal Records of the Rhode Island Department of Health. We are seeking this additional time to accommodate the upcoming expert depositions scheduled in this matter over the next two weeks in California and Colorado. Thank you for your consideration of this request.

Very truly yours,
Deluca & Weizenbaum, Ltd.

Miriam Weizenbaum

MW/jmh

cc: Jay M. Elias, Esq.
Mark T. Nugent, Esq.