UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, individually and p.p.a. Maximus Wadensten<br>*Plaintiff* | : | |
| vs. | : | C.A. No.: 04-0326 S |
| SOUTH COUNTY HOSPITAL;<br>PAMELA BURLINGAME, RNP;<br>ROBERT J. CASCI, JR., DO;<br>TIMOTHY DRURY, MD;<br>RHODE ISLAND EMERGENCY PHYSICIANS, INC.;<br>JOHN DOE, Alias; JANE DOE, Alias;<br>and JOHN DOE CORPORATION, Alias<br>*Defendants* | : | |

**THIRD NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Dianne J. Cyrkiel, MSN, RN, CNP**

**DATE:** **February 16, 2006**

**TIME:** **9:30 AM**

**LOCATION:** **Horizon Reporting & Video***
**3960 Howard Hughes Parkway, Suite 500**
**Las Vegas, Nevada**

DEPONENT IS TO BRING WITH HER TO THE DEPOSITION A COPY OF HER CURRICULUM VITAE ALONG WITH ALL MATERIALS REVIEWED OR RELIED UPON IN RENDERING HER OPINION AND ALL NOTES, MEMORANDA OR MATERIALS PREPARED BY THE DEPONENT.

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Defendant Pamela Burlingame, RNP, will take the deposition of the above-named individual upon oral examination, which examination will continue from day to day until completed, and will begin at the above-specified time on the above-mentioned date, at the offices of Morrison Mahoney, LLP, 121 South Main Street, Suite 600, Providence, Rhode Island, before a Notary Public duly commissioned in the

State of Rhode Island, or before some other officer authorized to administer oaths. The deposition will be recorded by stenographic means.

You are invited to attend and cross-examine.

PAMELA BURLINGAME, RNP

By her Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

***CHANGE IN LOCATION ONLY.**

**CERTIFICATION**

I hereby certify that on this 14th day of February, 2006 a true copy of the foregoing was faxed and mailed, postage pre-paid, to:

Counsel for Plaintiff
Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Counsel for Co-Defendant Hospital
Jay M. Elias, Esq.
Paul Galamaga, Esq.
Ratcliffe, Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903