**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff** | : | |
| **v.** | : | **C.A. No. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **TIMOTHY DRURY, M.D.** | : | |
| **RHODE ISLAND EMERGENCY** | : | |
| **PHYSICIANS, INC.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

**PLAINTIFF'S AMENDED NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Estelle Hutchinson, MS**
**DATE & TIME:** **March 22, 2006 at 11:30 a.m.**
**PLACE:** **Deluca & Weizenbaum, Ltd.**
**199 North Main Street**
**Providence, RI 02903**

Please take notice that Petitioner will take the deposition by stenographic means of the above-named deponent upon oral examination before a Notary Public of the State of Rhode Island, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at Deluca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI 02903, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Deponent is to bring the following:

1. **Any and all materials reviewed in the development of her expert opinion;**
2. **Any reports, notes or writings generated as a result of being retained as an expert witness and her review of materials sent to her;**
3. **A current Curriculum Vitae.**

Plaintiff,
By her attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

****This notice supersedes the previously scheduled deposition of March 3, 2006****

## CERTIFICATION

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 17th day of February 2006 by hand delivery:

Jay M. Elias, Esq.
Paul F. Galamaga, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

A-1 Court Reporters (*via U.S. Mail only*)
2180 Mendon Road
Suite 22
Cumberland, RI 02864

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff** | : | |
| **v.** | : | **C.A. No. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **TIMOTHY DRURY, M.D.** | : | |
| **RHODE ISLAND EMERGENCY** | : | |
| **PHYSICIANS, INC.;** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants** | : | |

**PLAINTIFF'S AMENDED NOTICE TO TAKE DEPOSITION**
**CHANGE OF LOCATION ONLY**

**DEPONENT:** **Robert A. Bitterman, M.D.**
**DATE & TIME:** **March 16, 2006 at 9:30 a.m.**
**PLACE:** **Westmoreland Reporting**
**17505 West Catawba Avenue**
**Suite 220**
**Cornelius, NC 28031**

Please take notice that Petitioner will take the deposition by stenographic means of the above-named deponent upon oral examination before a Notary Public of the State of North Carolina, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at the location set forth above, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Deponent is to bring the following:

1. **Any and all materials reviewed in the development of his expert opinion;**

2. **Any reports, notes or writings generated as a result of being retained as an expert witness and his review of materials sent to him;**
3. **A current Curriculum Vitae.**

Plaintiff,
By her attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**THIS NOTICE CHANGES THE LOCATION OF THE DEPOSITION ONLY**

## CERTIFICATION

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 17th day of February 2006 by hand delivery:

Jay M. Elias, Esq.
Paul F. Galamaga, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903

Esquire Deposition Services
10 Weybosset Street
Suite 402
Providence, RI 02903