RECD MAR 1 4 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and** | : | |
| **p.p.a. MAXIMUS WADENSTEN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-326S** |
| | : | |
| **SOUTH COUNTY HOSPITAL;** | : | |
| **PAMELA BURLINGAME, RNP;** | : | |
| **ROBERT J. CASCI, JR., D.O.;** | : | |
| **TIMOTHY DRURY, M.D.** | : | |
| **JOHN DOE, ALIAS; JANE DOE, ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |
| **Defendants.** | : | |

**TO: Keeper of Medical & Billing Records: Butler Hospital 345 Blackstone Blvd. Providence, RI 02903**

[ ] YOU ARE HEREBY COMMANDED to appear before the ______ on ____ at ___________ to testify in the above entitled action and bring with you:

LOCATION OF COURT ____________ COURTROOM # ____________

DATE ____________ TIME ____________

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above-entitled action and to bring with you the records listed in Attachment A.

LOCATION OF DEPOSITION: DATE AND TIME:

**[X] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): SEE Attachment A.**

**DOCUMENTS/OBJECTS: SEE ATTACHMENT A**

**LOCATION: 199 North Main Street Providence, RI 02903**

**DATE: March 17, 2006**

**TIME: 10:00 A.M.**

[ ] YOU ARE COMMANDED to permit inspection of the following premises time specified below.

Alicia Mariano 3/13/06

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. (Superior Court Rule of Civil Procedure, 30(b6).

Anita B. Flax 2-24-06
ISSUING OFFICER SIGNATURE DATE

ATTORNEY FOR: [ X ] Plaintiff [] Defendant

Anita Flax
ISSUING OFFICER'S NAME (Printed/Typed)

199 North Main St., Providence, RI 02903 .
STREET CITY/TOWN STATE ZIP

PROOF OF SERVICE

3-3 06 345 Blackstone Blvd Prov
DATE PLACE

SERVED

Butler Hospital Records
SERVED ON (Printed Name) MANNER OF SERVICE

Richard A. Bourque
SERVED BY (PRINT NAME) Constable, # 6013 TITLE

**DECLARATION OF SERVER**

I declare under penalty of perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 3-3 06
DATE

Richard Bourque
SIGNATURE OF SERVER

**75 HOLBURN AVENUE**
**CRANSTON RI 02910**