UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 10 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA WADENSTEN, individually and p.p.a. Maximus Wadensten<br>*Plaintiff* | : | |
| vs. | : | C.A. No.: 04-0326 S |
| SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; TIMOTHY DRURY, MD; RHODE ISLAND EMERGENCY PHYSICIANS, INC.; JOHN DOE, Alias; JANE DOE, Alias; and JOHN DOE CORPORATION, Alias<br>*Defendants* | : | |

**DEFENDANTS' MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**
**(Re: Peter C. Knight, Esq.)**

Defendants Pamela Burlingame, RNP and RI Emergency Physicians, Inc. hereby move that **Peter C. Knight, Esq.,** be admitted PRO HAC VICE in the above case as associate trial counsel with local counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which counsel specializes in: **Medical Malpractice Defense.**
- Counsel's long-standing representation of the client: **Attorney Knight has a long-standing relationship with the defendants' insurer, ProMutual Group, which has requested Mr. Knight's participation in this case**
- Other: **. Attorney Knight has extensive medical malpractice trial experience and knowledge.**

By: Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Attorneys for Defendants
Pamela Burlingame, RNP
RI Emergency Physicians, Inc.

Dated: 3/10/06

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION
## (Re: Peter C. Knight, Esq.)

I hereby certify as follows:

(1) I am a member in good standing of the bar of the Commonwealth of **Massachusetts,** and of the following Federal District Court and/or Court of Appeals Bars, **United States District Court for the District of Massachusetts, United States Circuit Court of Appeals for the First Circuit, and the United States Supreme Court,** and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Name: Peter C. Knight, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Business Address
Tel: 617-439-7500
Fax: 617-342-4928

Mark T. Nugent, RI Bar #2637
Paul V. Sullivan, RI Bar#5712
Local AssociateCounsel
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
Business Address
401-331-4660
401-351-4420

**Order:**

This motion is hereby Granted

U.S. District Judge WAmm
Date: 3/16/06

pro hac vice motion (rev. 3/05)