FILED

MAR 27 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA WADENSTEN, individually and :
p.p.a. Maximus Wadensten :
*Plaintiff* :
vs. :
SOUTH COUNTY HOSPITAL; :
PAMELA BURLINGAME, RNP; :
TIMOTHY DRURY, MD; :
RHODE ISLAND EMERGENCY :
PHYSICIANS, INC.; JOHN DOE, Alias; :
JANE DOE, Alias; and JOHN DOE :
CORPORATION, Alias :
*Defendants* :

C.A. No.: 04-0326 S

COPY

**DEFENDANTS' UNOPPOSED MOTION FOR FURTHER ENTRY OF APPEARANCE PRO HAC VICE (Re: Peter C. Knight, Esq. – adding *pro hac vice* for Timothy Drury, MD)**

Defendant Timothy Drury, hereby moves in this unopposed motion to add **Peter C. Knight, Esq.**, as *pro hac vice* counsel for Dr. Drury. The court previously granted attorney Knight's *pro hac vice* motion in this case on behalf of defendants Pamela Burlingame, RNP, and Rhode Island Emergency Physicians, Inc. This further motion seeks to add attorney Knight as *pro hac vice* counsel for Timothy Drury, MD. As grounds for this motion, the defendants state this motion simply adds attorney Knight as counsel for all three defendants that this law firm, Morrison Mahoney LLP, already represents in this case, and that this motion will have no effect on the scheduling of any matters in this case. As further support for this motion, the defendant incorporates by reference attorney Knight's prior Certification for Admission Pro Hac Vice that was filed in this case.

We have spoken with counsel for the plaintiffs and co-defendant about this *pro hac vice* motion, and they have informed us that they do not oppose this motion.

GRANTED
William E. Smith
U.S. District Judge
3/29/06

Morrison Mahoney LLP

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Attorneys for Defendants
Timothy Drury, MD
Pamela Burlingame, RNP
RI Emergency Physicians, Inc.

610153v1