**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN** <br> **Plaintiff,** | : | |
| **v.** | : | **C.A. NO. 04-326S** |
| **SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J. CASCI, JR., D.O.; JOHN DOE, ALIAS; JANE DOE, ALIAS; JOHN DOE CORPORATION, ALIAS** <br> **Defendants** | : | |

5/4/06: DENIED AS MOOT IN VIEW OF REPORTED SETTLEMENT. USMJ

## DEFENDANT SOUTH COUNTY HOSPITAL'S MOTION TO SEAL RECORDS OF THE RHODE ISLAND DEPARTMENT OF HEALTH

Now comes defendant South County Hospital and, pursuant to Amended General Order #2002-01 and controlling law of the State of Rhode Island, seeks to place under permanent seal certain records improperly obtained by plaintiff's counsel from the Rhode Island Department of Public Health pursuant to a contested Subpoena.

**Exhibit A** hereto contains the records which are the subject of this Motion.

South County Hospital respectfully submits that the records of the Rhode Island Department of Health at issue here were improperly obtained, are highly confidential, and are afforded protected from disclosure pursuant to the clear and unequivocal language of Rhode Island General Laws §§ 23-17-40(g) and 23-17-15.

William E. Smith, U.S. District Judge
Date 12/12/05