FILED
JUN 29 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**LINDA WADENSTEN, Individually, and p.p.a. MAXIMUS WADENSTEN,**
**Plaintiff**

**v.** **C.A. No.: 04-326S**

**SOUTH COUNTY HOSPITAL;**
**PAMELA BURLINGAME, RNP;**
**ROBERT J, CASCI, JR., D.O.;**
**TIMOTHY DRURY, M.D.;**
**JOHN DOE; alias, JANE DOE, alias,**
**JOHN DOE CORPORATION, alias**

## PETITION FOR ASSENT TO COMPROMISE AND SETTLE CLAIMS

Now comes Linda Wadensten and Richard A. Boren, Esquire and Petition this Honorable Court as follows:

1. Linda Wadensten is the mother and natural guardian of her son Maximus Wadensten.

2. Richard A. Boren is Guardian ad Litem of Maximus Wadensten, a minor, having been duly qualified and acting pursuant to the order of this Court.

3. Defendants have denied liability.

4. Petitioners have received from defendants, an offer to compromise and settle their claims herein upon the terms and conditions set forth in the attached release.

5. Petitioner believes that it is in the best interest of Maximus Wadensten, the minor child, that the aforesaid settlement offer made on behalf of defendants, to compromise and settle the claim herein against defendants, upon the terms stated in said release, be accepted and, therefore, petitioners recommend acceptance and approval by this Court.

6. Petitioner recommend that an order be entered by the Court directing dismissal in the pending law suit against all defendants and approving disposition of the aforesaid sum.

7. Petitioner further recommends that the release hereto be approved by the Court and that Richard A. Boren in his capacity as Guardian ad Litem of Maximus Wadensten be authorized to execute said releases on behalf of Maximus Wadensten, minor.

WHEREFORE, Petitioner prays that this Honorable Court authorize the compromise and settlement of the aforementioned claim upon such terms and conditions as may be set forth in the order of this Court.

Richard A. Boren - Guardian ad Litem
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, Rhode Island 02903
(401) 331-3800, (401) 421-9302 (fax)

Linda Wadensten - as Parent and
Natural Guardian of
Maximus Wadensten

**CERTIFICATION**

I do hereby certify that I mailed, by regular mail, postage pre-paid, a true copy of the within document on this 3rd day of May 2006.

Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
Michael T. Eskey, Esq.
Deluca & Weizenbaum, Ltd
199 North Main Street
Providence, RI 02903

Jay M. Elias, Esq.
Paul F. Galamaga, Esq.
Ratcliff, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903