UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED JUN 2 _ 2006 Property of U.S. District Court District of Rhode Island

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually and p.p.a. MAXIMUS WADENSTEN** **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 04-326S** |
| **SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; TIMOTHY DRURY, M.D. RHODE ISLAND EMERGENCY PHYSICIANS, INC.** **Defendants.** | : | |

**DISMISSAL STIPULATION**

Plaintiff's complaint is hereby dismissed with prejudice, no interest, no costs.

Defendants,
Pamela Burlingame, RNP,
Timothy Drury, M.D.
Rhode Island Emergency Physicians, Inc.

Mark T. Nugent (#2637)
Paul V. Sullivan (#5712)
**MORRISON, MAHONEY, LLP**
121 South Main Street
Providence, RI 02903
(401) 331-4660
(401) 351-4420 Fax

Plaintiff,
By her Attorneys,

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 7/5/06

335

Defendant,
South County Hospital,

Jay M. Elias (#3050)
~~Paul F. Galamaga~~ (#5803)
**RATCLIFFE, BURKE,**
**HARTEN & ELIAS, LLP**
1600 Financial Plaza
Providence, RI 02903

## CERTIFICATION

I hereby certify that a true and accurate copy of the within was served on counsel of record listed below on this 27 day of ~~May~~ June 2006 by hand delivery:

Jay M. Elias, Esq.
Paul F. Galamaga, Esq.
Ratcliffe, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903