RECEIVED

JUN 29 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LINDA WADENSTEN, Individually, and p.p.a. MAXIMUS WADENSTEN, Plaintiff** | : | |
| **v.** | : | **C.A. No.: 04-326S** |
| **SOUTH COUNTY HOSPITAL; PAMELA BURLINGAME, RNP; ROBERT J, CASCI, JR., D.O.; TIMOTHY DRURY, M.D.; JOHN DOE; alias, JANE DOE, alias, JOHN DOE CORPORATION, alias** | : | |

**ORDER APPROVING PETITION FOR ASSENT TO COMPROMISE AND SETTLE CLAIMS**

This cause came on to be heard before Mr. Justice William Smith on the 31st day of May 2006, pursuant to the Report of the Guardian ad Litem and for approval of a proposed settlement between the Plaintiff and Defendants, and after hearing thereon, it is hereby:

**ORDERED**

1. That the report of Guardian ad Litem, Richard A. Boren, for and on behalf of Maximus Wadensten, minor, is hereby approved and adopted by this Honorable Court.

2. The release is approved and the parties are authorized to execute said release.

3. The Petition to Compromise and Settle Claim is approved in accordance with the terms set forth in the release and report of the Guardian ad Litem.

4. In accordance with the report of the Guardian ad Litem, the proceeds shall be distributed as set forth in the Guardian ad Litem's Report.

5. The Guardian ad Litem, Richard A. Boren is hereby discharged from his

obligations and duties in relation to the above matter.

Entered by Order of this Court this 7th day of July 2006, by agreement of all parties.

Judge 7/5/06

Clerk

Order submitted by:

Richard A. Boren - Guardian ad Litem
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, Rhode Island 02903
(401) 331-3800, (401) 421-9302 (fax)

**CERTIFICATION**

I do hereby certify that I mailed, by regular mail, postage pre-paid, a true copy of the within document on this 28th day of June 2006.

Amato A. DeLuca, Esq.
Miriam Weizenbaum, Esq.
Michael T. Eskey, Esq.
Deluca & Weizenbaum, Ltd
199 North Main Street
Providence, RI 02903

Jay M. Elias, Esq.
Paul F. Galamaga, Esq.
Ratcliff, Burke, Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903